UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY ___ D.C.

JUN 04 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| STEVEN BENTON AUBREY, and<br>BRIAN EDWARD VODICKA,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>D MAGAZINE PARTNERS, L.P. D/B/A<br>D MAGAZINE,<br>MAGAZINE LIMITED PARTNERS, L.P.,<br>ALLISON MEDIA, INC.,<br>JAMIE L. THOMPSON,<br>ROBERT L. ERMATINGER, JR.,<br>SCOTT ROBERT SAYERS,<br>STEPHEN CHARLES SCHOETTMER,<br>ERIC VAUGHN MOYE,<br>DALLAS POLICE DEPARTMENT,<br>CITY OF DALLAS,<br>MELINDA CHRISTINE URBINA,<br>DALLAS COUNTY SHERIFF'S DEPT.,<br>DALLAS COUNTY, TEXAS, and<br>DOES 1-10, all whose true names<br>are unknown,<br><br>　　　　　　　Defendants. | No: 18-CV-61117-BLOOM-VALLE<br><br>JURY TRIAL DEMAND |

---

**MOTION FOR RECONSIDERATION TO PROCEED
WITHOUT PAYING COSTS DUE TO FILING ERROR**

---

COMES NOW, PLAINTIFFS STEVEN BENTON AUBREY and BRIAN EDWARD VODICKA, filing this Motion for Reconsideration to Proceed Without Paying Costs.

On May 17, 2018, Plaintiffs filed their Complaint. Along with the Complaint, Plaintiffs each filed their Application to Proceed Without Paying Costs ("Application"). Plaintiffs have now discovered that when the clerk was making copies, time stamping

and filing the documents, page one of Aubrey's Application was inadvertently combined with page two of Vodicka's Application. The combined pages from the different Applications were submitted and filed as one Application instead of the two that had been presented, one separate for each Plaintiff. The Court has one (1) incorrect Application filed in this case, which does not reflect the truth of Plaintiff's financial situation. The Court's determination was based upon this incorrect singular document. *See* incorrectly mixed Application, attached as **Exhibit A**.

Vodicka's Application reflects Social Security Disability net income of $1,000 per month and income from his part-time job with take-home pay of approximately $680. *See* Vodicka's Application, attached as **Exhibit B**. Vodicka's income only supports his share of the rent, the car payment and car insurance. It does not cover any part of his utilities, gas, food, phone, car maintenance, medical and/or dental expenses.

Aubrey's Application reflects gross income before business expenses that recently averages in a range from $2,500 - $3,000 per month. Aubrey's net income supports his share of rent and all of the utilities, food, phone, car maintenance, medical, dental and health insurance for both plaintiffs. *See* Aubrey's Application, attached as **Exhibit C.**

Plaintiffs live in fear of being homeless, a very real threat that has Plaintiffs searching for a roommate to help alleviate the situation.

Plaintiff's Complaint addresses extremely serious civil and constitutional rights violations that must be addressed. If the Court does not reverse its order denying the Application, Plaintiff's will be forced to pay the filing fee with a credit card and create

debt for this case to proceed, which contradicts the Indigency laws that protect citizens legal rights and access to the Courts (U.S. Supreme Court's *Bounds* doctrine).

FOR THESE REASONS, Plaintiffs pray that the Court reconsider and vacate its May 31, 2018 Order and then Grant Plaintiff's applications to proceed without prepaying costs.

Respectfully submitted,

By: _____
Steven B. Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

By: _____
Brian E. Vodicka
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (954) 716-9375
defamationperse@gmail.com

3

# Exhibit A

**(Inadvertently mixed and filed)**

**18-CV-61117-BLOOM-VALLE**

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ___ /d/ ___ D.C.

MAY 17 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Steven B. Aubrey & Brian E. Vodicka )
　*Plaintiff/Petitioner*　　　　　　　 )
　　　　　　v.　　　　　　　　　　　 )　Civil Action No.
D Magazine Partners L.P. et al.　　 )
　*Defendant/Respondent*　　　　　　 )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

　I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

　In support of this application, I answer the following questions under penalty of perjury:

　1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

　2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

　3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment　☒ Yes　☐ No
(b) Rent payments, interest, or dividends　　　　　 ☐ Yes　☐ No
(c) Pension, annuity, or life insurance payments　　☐ Yes　☐ No
(d) Disability, or worker's compensation payments　☐ Yes　☐ No
(e) Gifts, or inheritances　　　　　　　　　　　　 ☐ Yes　☐ No
(f) Any other sources　　　　　　　　　　　　　　 ☐ Yes　☐ No

　*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

**I am a self-employed contractor and my earnings typically range from $2,500 - $3,000 per month.**

4. Amount of money that I have in cash or in a checking or savings account: $ **1,139.50**.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

**2014 Nissan Murano    15,325.00  (clean trade-in; 26,000 miles)**

**Bank of America loan  17,489.73**

**<2,164.71>**

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

**Rent:          1,245.00**
**Car Payment: 302.10**
**Insurance:      78.00**

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

**none**

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

**Bank of America Car Loan:  17,489.73**

**Debts owed jointly with Steve Aubrey:  Judgment:  5,500,000.00**
**                                        Legal Fees:   490,000.00**

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  **May 16, 2018**                              _____
                                                          *Applicant's signature*

                                                     **Brian Vodicka**
                                                     _____
                                                          *Printed name*

# Exhibit B

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Steven B. Aubrey & Brian E. Vodicka  )
*Plaintiff/Petitioner*  )
v.  )   Civil Action No.
D Magazine Partners L.P. et al.  )
*Defendant/Respondent*  )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
**A local non-profit learning facility for foster children.
To prevent further harassment, if the Court needs more detail, applicant requests in-camera inspection of his employment records.**

My gross pay or wages are: $ __**720.00**__ , and my take-home pay or wages are: $ __**680.00 apprx.**__ per
*(specify pay period)* __**month**__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

**Social Security Disability:  Gross - $1,101.00
Net - $1,000.00**

**Ryan White Care Act - Poverello Food Bank**

49

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __**1,139.50**__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

**2014 Nissan Murano   15,325.00  (clean trade-in; 26,000 miles)**

**Bank of America loan  17,489.73**

**<2,164.71>**

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

**Rent:         1,245.00**
**Car Payment: 302.10**
**Insurance:    78.00**

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

**none**

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

**Bank of America Car Loan: 17,489.73**

**Debts owed jointly with Steve Aubrey:  Judgment: 5,500,000.00**
**                                       Legal Fees: 490,000.00**

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __**May 16, 2018**__                          _____
                                                          *Applicant's signature*

                                                    __**Brian Vodicka**__
                                                          *Printed name*

# Exhibit C

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
**Southern** District of **Florida**

__**Steven B. Aubrey & Brian E. Vodicka**__ )
*Plaintiff/Petitioner* )
v. ) Civil Action No.
__**D Magazine Partners L.P. et al.**__ )
*Defendant/Respondent* )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☒ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

**I am a self-employed contractor and my earnings typically range from $2,500 - $3,000 per month.**

49

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ __**358.12**__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

**Fixed:**
- **Rent: 1,245.00**
- **Cable: 120.00**
- **Phones: 55.00**

**Approximate:**
- **City: 100.00**
- **FPL: 90.00**
- **Food: 200.00**
- **Medical: 100.00**

**Brian Vodicka, my husband and co-plaintiff, takes care of the car expenses (we share 1 car). I pay for everything except car expense.**

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

**Brian Vodicka**

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

**Debts owed jointly with Brian Vodicka:**

**Judgement: 5,500,000.00**
**Legal Fees:    490,000.00**

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __**May 16, 2018**__

_____
*Applicant's signature*

**Steve Aubrey**
_____
*Printed name*