UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| STEVEN BENTON AUBREY, and<br>BRIAN EDWARD VODICKA,<br><br>*Plaintiffs,*<br><br>v.<br><br>D MAGAZINE PARTNERS, L.P. D/B/A<br>D MAGAZINE,<br>MAGAZINE LIMITED PARTNERS, L.P.,<br>ALLISON MEDIA, INC.,<br>JAMIE L. THOMPSON,<br>ROBERT L. ERMATINGER, JR.,<br>SCOTT ROBERT SAYERS,<br>STEPHEN CHARLES SCHOETTMER,<br>ERIC VAUGHN MOYE,<br>DALLAS POLICE DEPARTMENT,<br>CITY OF DALLAS,<br>MELINDA CHRISTINE URBINA,<br>DALLAS COUNTY SHERIFF'S DEPT.,<br>DALLAS COUNTY, TEXAS, and<br>DOES 1-10, all whose true names<br>are unknown,<br><br>*Defendants.* | §§§§§§§§§§§§§§§§§§§§§§§§ | No: 18-CV-61117-BLOOM-VALLE |

FILED BY ___ D.C.
JUN 05 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PLAINITFF AUBREY'S SUPPLEMENT TO THE
MOTION FOR RECONSIDERATION TO PROCEED
WITHOUT PAYING COSTS DUE TO FILING ERROR**

COMES NOW, PLAINTIFF STEVEN BENTON AUBREY, filing this Supplement to the Motion for Reconsideration to Proceed Without Paying Costs Due to Filing Error, as follows:

On June 4, 2018, Plaintiffs filed their Motion for Reconsideration to Proceed Without Paying Costs Due to Filing Error. Plaintiff Aubrey believes the information presented on his application is true and correct but incomplete. Plaintiff Aubrey submits this supplement to give the Court as clear a look into his financial situation as possible so that the correct decision is made. Aubrey incorporates his Declaration as Exhibit A, which further details his expenses.

FOR THESE REASONS, Plaintiffs pray that the Court reconsider and vacate its May 31, 2018 Order and Grant Plaintiff's applications to proceed without prepaying costs.

Respectfully submitted,

By: _____
Steven B. Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| STEVEN BENTON AUBREY, and<br>BRIAN EDWARD VODICKA,<br><br>    *Plaintiffs*,<br>v.<br><br>D MAGAZINE PARTNERS, L.P. D/B/A<br>D MAGAZINE,<br>MAGAZINE LIMITED PARTNERS, L.P.,<br>ALLISON MEDIA, INC.,<br>JAMIE L. THOMPSON,<br>ROBERT L. ERMATINGER, JR.,<br>SCOTT ROBERT SAYERS,<br>STEPHEN CHARLES SCHOETTMER,<br>ERIC VAUGHN MOYE,<br>DALLAS POLICE DEPARTMENT,<br>CITY OF DALLAS,<br>MELINDA CHRISTINE URBINA,<br>DALLAS COUNTY SHERIFF'S DEPT.,<br>DALLAS COUNTY, TEXAS, and<br>DOES 1-10, all whose true names<br>are unknown,<br><br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§ | No: 18-CV-61117-BLOOM-VALLE |

## DECLARATION OF STEVEN B. AUBREY

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. On June 4, 2018, I submitted to the Court my corrected Application to Proceed in District Court Without Prepaying Fees or Costs ("Application").

2. Section 3 of the Application "*Other Income*," states: *describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* I made the following entry:

> "I am a self-employed contractor and my earnings typically range from $2,500 - $3,000 per month,"

3. The range of figures I entered were gross amounts and did not account for business expenses.

4. Following is a more complete itemization of expenses that correspond with my earnings:

| | |
|---|---|
| Gross Income: | 2,500 |
| Business Exp. (supplies): | 200 |
| Self Employment Tax: | 235  (estimated) |
| Net Business Income: | 2,065 |

Other Expenses:

| | |
|---|---|
| Rent: | 1,245 |
| Cable/Internet: | 120 |
| Phone: | 55 |
| City - Water: | 100 |
| FPL - electric: | 90 |
| Food: | 200 |
| Medical: | 100 |
| Dental | 45 |
| Gas: | 120 |
| Clothing: | 25 |
| Total Other Expenses: | 2,100 |

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Broward County, State of Florida, on the 5th day of June 2018.

*[signature]*
Steven B. Aubrey

2