009236

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEVEN BENTON AUBREY, and BRIAN EDWARD VODICKA. <br> *Plaintiffs* <br> v. <br> D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE, MAGAZINE LIMITED PARTNERS, L.P., ALLISON MEDIA, INC., JAMIE L. THOMPSON, ROBERT L. ERMATINGER, JR., SCOTT ROBERT SAYERS, STEPHEN CHARLES SCHOETTMER, ERIC VAUGHN MOYE, DALLAS POLICE DEPARTMENT, CITY OF DALLAS, MELINDA CHRISTINE URBINA, DALLAS COUNTY SHERIFF'S DEPT.,DALLAS COUNTY, TEXAS, and DOES 1-10, all whose true names are unknown. <br> *Defendants* | Civil Action No. **18-CV-61117-BLOOM-VALLE** |

## SUMMONS IN A CIVIL ACTION

To: **Eric Vaughn Moye**
**1645 Nob Hill**
**Dallas, Texas 75208**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Steven Aubrey and Brian Vodicka**
**2601 NW 3rd Ave.**
**Wilton Manors, FL 33311**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 13, 2018

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

FILED BY _____ D.C.
AUG 0 6 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.



**BETH VILLARREAL
DALLAS COUNTY
CONSTABLE PRECINCT 5**

## OFFICERS RETURN OF SERVICE

**Cause Number:** __18-CV-61117-BLOOM-VALLE__

**Court Number:** SOUTHERN DISTRICT OF FLORIDA

Case Name: (Style) STEVEN BENTON AUBREY AND BRIAN EDWARD VODICKA V. D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE, MAGAZINE LIMITED PARTNERS, L.P., ALLISON MEDIA INC., JAMIE L. THOMPSON, ROBERT L. ERMATINGER, JR SCOTT ROBERT SAYERS, STEPHEN CHARLES SCHOETTMER, ERIC VAUGHN MOYE, DALLAS POLICE DEPARTMENT, CITY OF DALLAS, MELINDA CHRISTINE URBINA, DALLAS COUNTY SHERIFF'S DEPT., DALLAS COUNTY TEXAS, AND DOES 1-10, ALL WHOSE NAMES ARE UNKNOWN.

Received at __12:53__ o'clock __PM__ on the __19TH__ day of __JULY__, 2018, I executed in Dallas County at __2:45__ o'clock __PM__ on the __19TH__ day of __JULY__, 2018 by delivering to **ERIC VAUGHN MOYE**, at 600 COMMERCE DALLAS, TEXAS 75202, in person a true copy of a __SUMMONS__ together with the accompanying copy(ies) of the __plaintiff original petition__, which I endorsed on the original copy of the citation on the date of delivery.

**Fee: $80.00**

BY: _____
Michael A. Hinojosa #515
Deputy Dallas County Constable

Subscribed and sworn to before me on this __20th__ day of __July__, 20__18__.

(SEAL)

_____
Notary Public in and for Dallas County, Texas

My commission expires: __01-22-2019__

EDWARD CASTANEDA
Notary Public
STATE OF TEXAS
My Comm. Exp. January 22, 2019