AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED by SAS D.C.
AUG 07 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

This summons for *(name of individual and title, if any)* Stephen Charles Schoettmer

was received by me on *(date)* July 20, 2018 @ 2:51 pm

☑ I personally served the summons on the individual at *(place)* 5607 Anita Dallas TX

on *(date)* July 30, 2018 @ 2:27 pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 80.00 for travel and $ _____ for services, for a total of $ 80.00

I declare under penalty of perjury that this information is true.

Date: 7/30/18

*Server's signature* R Christian 3742

*Printed name and title* R CHRISTIAN

BEN ADAMCIK
CONSTABLE PCT. 3,
DALLAS COUNTY

BEN ADAMCIK, CONSTABLE PCT. 3
10056 MARSH LN., STE. 230,
DALLAS, TEXAS 75229
*Server's address*

[Notary seal: SHIRLEY JOHNSON, NOTARY PUBLIC, STATE OF TEXAS, ID 129053389, EXP. 10-07-2020]

Additional information regarding attempted service, etc:

Shirley [signature]  7/30/18

*010635* *80-1134778* v.B.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

512.666.8004

| | |
|---|---|
| STEVEN BENTON AUBREY, and <br> BRIAN EDWARD VODICKA. <br> *Plaintiffs* <br> v. <br> D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE, <br> MAGAZINE LIMITED PARTNERS, L.P., ALLISON <br> MEDIA, INC., JAMIE L. THOMPSON, ROBERT L. <br> ERMATINGER, JR., SCOTT ROBERT SAYERS, <br> STEPHEN CHARLES SCHOETTMER, ERIC VAUGHN <br> MOYE, DALLAS POLICE DEPARTMENT, CITY OF <br> DALLAS, MELINDA CHRISTINE URBINA, DALLAS <br> COUNTY SHERIFF'S DEPT.,DALLAS COUNTY, <br> TEXAS, and DOES 1-10, all whose true names are unknown. <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **18-CV-61117-BLOOM-VALLE** |

348/324

## SUMMONS IN A CIVIL ACTION

To: **Stephen Charles Schoettmer**
   **4305 W Lovers Lane**     5607 ANITA
   **Dallas, Texas 75209**    7-30-18 @ 227p

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Aubrey : Brian Vodicka
2601 NW 3rd Ave
Wilton Manors, FL 33311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**STEVEN M. LARIMORE**

CLERK OF COURT

Date: **JUL - 6 2018**                              *Lisa L. Streets*
                                                     *Signature of Clerk or Deputy Clerk*

7/23/18 @ 915A No longer offices here. He is an atty. He does still practice possibly out of his home.



**USMS INSPECTED**

RECEIVED

PRESORTED
FIRST CLASS

CONSTABLE, PRECINCT 3
BEN ADAMCIK
10056 Marsh Ln., Rm. 230,
Dallas, Texas 75229-6067

RETURN SERVICE REQUESTED



Dept. 3230

Southern District of Florida
Clerk of the Court
400 N Miami Ave
Miami  FL  33128

032  GIC-AMP 33128