UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-CV-61117-BLOOM-VALLE

STEVEN BENTON AUBREY, et al.,

      Plaintiffs,

vs.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE et al.,

      Defendants.

_____/

## City Defendants' Unopposed Motion for Leave to Exceed Page Limits

Defendants, City of Dallas, Dallas Police Department,[1] Scott Sayers, and Robert Ermatinger (collectively, the "City Defendants"), pursuant to Southern District of Florida Local Rule 7.1(c)(2), hereby move for leave to exceed page limits for their expected motion to dismiss. In support, the City Defendants state as follows.

On May 15, 2018, Plaintiffs (acting *pro se*) filed a 143-page complaint, including 53 pages of attachments. *See* ECF No. 1 ("Complaint"). The Complaint alleges multiple constitutional, federal, and state causes of action. There are 23 counts in the Complaint, with wide-ranging claims that include, for example, violations of 42 U.S.C. § 1983 and the Americans with Disabilities Act, false arrest, battery, defamation, and intentional infliction of emotional distress. The City Defendants are named in all 23 counts.

---

[1] As will be addressed in the City Defendants' forthcoming Motion to Dismiss, the Dallas Police Department is not an independent legal entity capable of being sued. All references to the City include the City of Dallas and the Dallas Police Department.

1

The City Defendants are preparing a motion to dismiss the Complaint. The City Defendants' primary defense is that the Court is without personal jurisdiction over them. If so, the Court will need to go no further and may dismiss the Complaint based on this alone. Nevertheless, because Federal Rule of Civil Procedure 12(b) requires the City Defendants to assert all grounds for dismissal in a single motion, the 20-page limitation imposed by Local Rule 7.1(c)(2) will be insufficient to adequately address all 23 counts. The Plaintiffs have alleged no less than *523 separate paragraphs* in support of these 23 counts.

The City Defendants' attorneys appreciate the value of brevity. Despite their best efforts, however, addressing all the grounds for dismissal raised by the *pro se* Complaint will very likely require up to 45 pages, which is the length of the current draft motion. Having been granted an extension of time by the Court on August 8, 2018 (ECF No. 39), the City Defendants will work to reduce the size of their memorandum of law further. Yet in an abundance of caution, the City Defendants must respectfully request leave to file a single, joint motion to dismiss comprised of no more than 45 pages.

WHEREFORE, the City Defendants respectfully request the Court to enter an order granting this motion for leave to file a motion to dismiss with incorporated memorandum of law not to exceed 45 pages, together with such other and further relief as the Court deems just and equitable.

### Certificate of Conferral

Counsel for the City Defendants has conferred with all parties or non-parties who may be affected by the relief sought in this Motion, who have informed the City Defendants that the Motion is unopposed.

Respectfully submitted,

WEISS SEROTA HELFMAN COLE &
BIERMAN, P.L.
*Attorneys for the City*
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, Florida 33134
Telephone:   (305) 854-0800
Facsimile:   (305) 854-2323

By:   */s/ Joseph H. Serota*

    JOSEPH H. SEROTA
    Florida Bar No. 259111
    Primary: jserota@wsh-law.com
    Secondary: lmartinez@wsh-law.com

    ERIC P. HOCKMAN
    Florida Bar No. 064579
    Primary: ehockman@wsh-law.com
    Secondary: szavala@wsh-law.com

    RICHARD B. ROSENGARTEN
    Florida Bar No. 0106169
    Primary: rrosengarten@wsh-law.com
    Secondary: szavala@wsh-law.com

## Certificate of Service

I certify that on August 13, 2018, this document was electronically filed with the Clerk of Court using CM/ECF, and is also being served by U.S. Mail upon all pro se plaintiffs identified on the below service list.

By:   */s/ Joseph H. Serota*

## Service List

**Steven B. Aubrey**
2601 NW 3rd Ave
Wilton Manors, FL 33311
(512) 666-8004
defamationperse@gmail.com

**Brian E. Vodicka**
2601 NW 3rd Ave
Wilton Manors, FL 33311
(954) 716-9375
defamationperse@gmail.com

**Dana J. McElroy, Esq.**
Thomas & Locicero PL
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
(954) 703-3416
Dmcelroy@tlolawfirm.com

**Jason P. Bloom, Esq.**
2323 Victory Ave, Suite 700
Dallas, TX 75219
(214) 651-5000

**Peter L. Harlan**
Assistant District Attorney
133 N. Riverfront Blvd. 1319
Dallas, TX 75207
(214) 653-3690

**Tiernan Cole**
Office of the Attorney General
110 SE 6th Street
10th Floor
Fort Lauderdale, FL 33301
(954) 712-4600
cole@myfloridalegal.com

**Demetri Anastasiadis**
Office of the Attorney general for the State of Texas, Law Enforcement Division
P.O. Box 12548, MC 012
Austin, TX 78711
(512) 463-2080
anastasiadis@oag.texas.gov