UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | |
|---|---|
| STEVEN BENTON AUBREY, and § <br> BRIAN EDWARD VODICKA § <br> § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> D MAGAZINE PARTNERS, L.P. d/b/a § <br> D MAGAZINE, MAGAZINE § <br> LIMITED PARTNERS, L.P.; § <br> ALLISON MEDIA, INC.; JAMIE § <br> L. THOMPSON; ROBERT L. § <br> ERMATINGER, JR., SCOTT ROBERT § <br> SAYERS, STEPHEN CHARLES § <br> SCHOETTMER; ERIC VAUGHN § <br> MOYE; DALLAS POLICE § <br> DEPARTMENT; CITY OF DALLAS; § <br> MELINDA CHRISTINE URBINA; § <br> DALLAS COUNTY SHERIFF'S DEPT.; § <br> DALLAS COUNTY, TEXAS; and § <br> DOES 1-10, all whose true names § <br> are unknown § <br> § <br> *Defendants.* § | NO. 0:18-CV-61117 |

## MOTION TO DISMISS UNDER RULE 12(b)(2) FOR LACK OF JURISDICTION

TO THE HONORABLE UNITED STATES DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF FLORIDA:

DEFENDANT STEPHEN C. SCHOETTMER ("Schoettmer") files his Federal Rule of Civil Procedure 12(b)(2) motion to dismiss, asserting a lack of *in personam* jurisdiction over Defendant Schoettmer, and in support of his Motion, he would state the following:

1. Schoettmer does not reside in the Southern District of Florida and does not reside in Florida. Schoettmer is domiciled in Texas, not Florida.

2. Schoettmer does not practice law in Florida, nor has he ever petitioned a Florida court to admit him on a *pro hac vice* basis. Schoettmer has no activities in Florida that would make him subject to personal jurisdiction in this Court.

3. Schoettmer resides and is domiciled in the Northern District of Texas and practices law in Texas (since 1980.)

4. Schoettmer's only connection to the two Plaintiffs emanates from his representation of his client, Ira Tobolowsky (now deceased, May 13, 2016), and the successor client (the Estate of Ira Tobolowsky), in a defamation lawsuit against Plaintiffs Aubrey and Vodicka. That lawsuit was tried in Dallas County, in May 2017, wherein the Court received evidence and Judge Cosby entered a $5.5M judgment against Aubrey and Vodicka (joint and several), finding defamation against Ira Tobolowsky and finding the predicate intent against the Defendants to support the punitive damages awarded. That Final Judgment has been appealed by Vodicka (only).

5. In their Complaint, Plaintiffs assert two state (non-federal) claims against Schoettmer: "defamation" and "invasion of privacy."

6. Plaintiffs' Complaint allegations regarding Schoettmer's conduct are fiction. The Complaint's only accurate averment is paragraph no. 79, wherein a 2016 Schoettmer Affidavit is accurately quoted: "I have never filed a Police Report with regard to Mr. Tobolowsky's murder. I did not give a False Report to the homicide/investigators/detectives as Plaintiffs allege. I have never said to any investigating detective that Mr. Aubrey committed a murder, as I have no personal knowledge of same. I did not state the that Mr. Aubrey physically threatened Mr. Tobolowsky, as I did not witness any such physical threat."

7. Plaintiffs' Vodicka and Aubrey have twice filed a lawsuit against Schoettmer, in Dallas County, for the same defamation claims and invasion of privacy claims asserted in the instant Complaint. Aubrey and Vodicka named Schoettmer as a "third Party" in the defamation case addressed in paragraph no. 4 supra, (Judge Cosby struck the pleadings), and Aubrey and Vodicka, in Fall 2016, sued Schoettmer, Judge Moye and others in a Dallas County lawsuit (Cause No. DC-16-12693, 116th District Court, Dallas County), dismissed in April, 2017.

8. Defendant Judge Moye addressed that prior state court lawsuit in his Motion to Dismiss. Schoettmer references and incorporates Defendant Judge Moyes' exhibits.

9. In Cause No. DC-16-12693, Plaintiffs Vodicka and Aubrey named but never served Defendants Schoettmer, Michael Tobolowsky and Deborah Tobolowsky (widow) and these Defendants never answered.

10. Under Texas law, defamation and invasion of privacy have a one-year statute of limitation. The Florida comparable stature has a two-year limitations statute for libel/slander. That would explain Plaintiffs' attempt to invoke Florida jurisdiction, to try and avoid controlling Texas law.

11. Plaintiffs' claims are without merit and are time barred.

12. The other Defendants have provided this Court with compelling case law, authorities, and statutes on *in personam* jurisdiction, and Schoettmer relies on the controlling authorities cited by Co-Defendants in their respective Motions to Dismiss.

19. **Summary.** Plaintiffs Aubrey and Vodicka's claims against Schoettmer for defamation and invasion of privacy are both meritless and stale under Texas law. All alleged conduct occurred while Plaintiffs and Schoettmer were in Dallas, Texas. The threshold question for this Court is whether it is proper to hold jurisdiction over Schoettmer, and it is not proper. Pursuant to Federal Rule of Civil Procedure 12(b)(2), this Court lacks personal jurisdiction over Schoettmer, for the reasons above stated.

WHEREFORE, PREMISES CONSIDERED, Defendant Stephen C. Schoettmer requests that his Motion be set for hearing, Schoettmer waives oral argument, and request that Schoettmer's 12(b)(2) Motion be in all things granted, and Schoettmer have such other and further relief to which he may show himself to be justly entitled.

**Verification.** I, Stephen C. Schoettmer, declare under penalty of perjury, that the statements asserted in paragraphs nos. 1-9 above, are true and correct.

By: _/s/ Stephen C. Schoettmer_
Stephen C. Schoettmer

Respectfully submitted,

By: _/s/ Stephen C. Schoettmer_
Stephen C. Schoettmer, Esq.
*steve.schoettmer1@gmail.com*
4305 W. Lovers Lane
Dallas, Texas 75209
[Tel.] (214) 228-8792
[Fax] (214) 352-0662

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, this instrument has been served by email on the Plaintiffs and on Defendants' counsel who have made an appearance as of this 17th day of August 2018.

_/s/ Stephen C. Schoettmer_
Stephen C. Schoettmer

# LAW OFFICES OF
# STEPHEN C. SCHOETTMER

TELEPHONE
(214) 228-8792

4305 WEST LOVERS LANE
DALLAS, TEXAS 75209

FACSIMILE:
(214) 352-0662

STEVE.SCHOETTMER1@GMAIL.COM

August 17, 2018

U.S. District Clerk
United States District Court
Southern District of Florida
299 E. Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

RE: No. 0:18-cv-61117; Aubrey and Vodicka v. D Magazine Partners, L.P., et al

Dear Clerk:

Enclosed for filing in the referenced lawsuit is **Motion to Dismiss Under Rule 12(b)(2) for Lack of Jurisdiction**.

I have served copies of the same on all known counsel of record.

Thank you very much for your consideration in this matter.

Very truly yours,

*Stephen C Schoettmer*

Stephen C. Schoettmer

STC/la
Enclosures

Stephen C. Schoettmer
4305 W. Lovers Lane
Dallas, TX 75209

NORTH TEXAS TX PDC
DALLAS TX 750
17 AUG 2018 PM 5 L

U.S. District Court
299 E. Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

33301-197799