IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

0:18-CV-61117-BB

| | |
|---|---|
| STEVEN BENT AUBREY, and<br>BRIAN E. VODICKA,<br>Plaintiffs,<br><br>vs.<br><br>D MAGAZINE PARTNERS, L.P. D/B/A<br>D MAGAZINE; MAGAZINE LIMITED<br>PARTNERS, L.P.; ALLISON MEDIA,<br>INC.; JAMIE L. THOMPSON; ROBERT<br>ERMATINGER, JR.; SCOTT ROBERT<br>SAYERS; STEPHEN CHARLES<br>SCHOETTMER; ERIC VAUGHN MOYE;<br>DALLAS POLICE DEPARTMENT; CITY<br>OF DALLAS; MELINDA CHRISTINE<br>URBINA; DALLAS COUNTY SHERIFF'S<br>DEPT.; DALLAS COUNTY, TEXAS;<br>and DOES 1-10, all whose true names are<br>unknown,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DECLARATION OF ROBERT ERMATINGER, JR.

1.  My name is Robert Ermatinger, Jr.  I am over twenty-one (21) years of age and am fully competent to make this declaration.  I have personal knowledge of the facts set forth herein, and all of the statements I have made in this declaration are true and correct.

2.  I have never been convicted of a felony or a crime of moral turpitude and have no legal disabilities that would prevent me from making this declaration.

3.  I am a resident and citizen of the State of Texas. I am not, and have never been, a resident or citizen of the State of Florida.

Declaration of Robert Ermatinger, Jr.                                                      Page 1

4.  I do not conduct business in Florida, and I do not own property or bank accounts in Florida.

5.  All of my visits to Florida have been for vacation, including anytime I have visited Florida since April 2016. I have never visited Florida for any purpose other than for a vacation.

6.  I am a former police officer, formerly employed by the City of Dallas in the Dallas Police Department. During my employment, I was a detective assigned to investigate the murder of Ira Tobolowsky.

7.  All of the activities that I undertook to conduct the investigation into Mr. Tobolowsky's murder took place in the State of Texas.

8.  I never made any contacts with any person or place in the State of Florida in connection with Mr. Tobolowsky's murder investigation.

9.  In February 2017, when I was no longer employed by the City of Dallas, D Magazine interviewed me in connection with an article concerning Mr. Tobolowsky's murder. The interview took place in the State of Texas. No portion of my interview with D Magazine took place in the State of Florida.

10. I did not know at the time of my interview, and I do not know now, whether D Magazine is or ever has been marketed or sold in the State of Florida.

11. I have never contacted any person in Florida, including any Florida police department or individual law enforcement personnel, for any reason or purpose concerning Messrs. Aubrey or Vodicka.

Pursuant to 28 U.S.C. § 1746, I, Robert Ermatinger, Jr., declare, certify, and state, under penalty of perjury, that the foregoing is true and correct.

Executed on September 7, 2018.

Robert Ermatinger, Jr.