IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

0:18-CV-61117-BB

| | |
|---|---|
| STEVEN BENT AUBREY, and<br>BRIAN E. VODICKA,<br>Plaintiffs,<br><br>vs.<br><br>D MAGAZINE PARTNERS, L.P. D/B/A<br>D MAGAZINE; MAGAZINE LIMITED<br>PARTNERS, L.P.; ALLISON MEDIA,<br>INC.; JAMIE L. THOMPSON; ROBERT<br>ERMATINGER, JR.; SCOTT ROBERT<br>SAYERS; STEPHEN CHARLES<br>SCHOETTMER; ERIC VAUGHN MOYE;<br>DALLAS POLICE DEPARTMENT; CITY<br>OF DALLAS; MELINDA CHRISTINE<br>URBINA; DALLAS COUNTY SHERIFF'S<br>DEPT.; DALLAS COUNTY, TEXAS;<br>and DOES 1-10, all whose true names are<br>unknown,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DECLARATION OF SCOTT SAYERS

1. My name is Scott Sayers. I am over twenty-one (21) years of age and am fully competent to make this declaration. I have personal knowledge of the facts set forth herein, and all of the statements I have made in this declaration are true and correct.

2. I have never been convicted of a felony or a crime of moral turpitude and have no legal disabilities that would prevent me from making this declaration.

3. I am a resident and citizen of the State of Texas. Other than being born at a naval base in Florida, I moved out of Florida while I was still an infant, and have not, and have never been, a resident or citizen of the State of Florida.

4. I do not conduct business in Florida, and I do not own property or bank accounts in Florida.

5. I have not visited Florida for any purpose since August 2014, when I visited Florida while on vacation.

6. I am a police officer, employed by the City of Dallas in the Dallas Police Department. I am a detective who was assigned for a short period of time to assist Robert Ermatinger in the investigation of the murder of Ira Tobolowsky.

7. All of the activities that I undertook to assist in the investigation into Mr. Tobolowsky's murder took place in the State of Texas.

8. I never made any contacts with any person or place in the State of Florida in connection with Mr. Tobolowsky's murder investigation.

9. I have never given an interview to D Magazine in connection with an article concerning Mr. Tobolowsky's murder.

10. I have never contacted any person in Florida, including any Florida police department or individual law enforcement personnel, for any reason or purpose concerning Messrs. Aubrey or Vodicka.

Pursuant to 28 U.S.C. § 1746, I, Scott Sayers, declare, certify, and state, under penalty of perjury, that the foregoing is true and correct.

Executed on August 29, 2018.

Scott Sayers