# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

    Plaintiffs,

v.                                    Case No. 18-CV-61117-BLOOM-VALLE

D MAGAZINE PARTNERS, L.P. et al.,

    Defendants.

_____/

### DECLARATION OF MELINDA CHRISTINE URBINA

Melinda Christine Urbina, under penalty of perjury, states and declares as follows:

1.    I am qualified to make this declaration and have personal knowledge of the facts contained here.

2.    I have reviewed the complaint in this action and am aware of the allegations that have been made against me in fourteen of the counts therein (specifically, Counts I, VI-X, XII-XVI, XXI-XXIII).

3.    At all times relevant to action, and at all times since, I have been a full-time resident of Texas.

4.    I have never been a resident of Florida.

5.    At all times relevant to this action, I was employed by Dallas County, Texas and have served as the authorized spokesperson for the Dallas County Sheriff's Department.

6.    In that official capacity, I was authorized to speak with news reporters and keep them informed about matters involving the Sheriff's Department.

7. I have been sued in this case for actions that I performed while serving in that official capacity.

8. My acts that are at issue in this lawsuit relate to specific statements that I made to a news reporter at the *Dallas Morning News*.

9. Those statements that I made to the news reporter were then quoted in that newspaper's May 15, 2016 edition.

10. In those statements, I was merely relaying information that I had received directly from law enforcement officials in Dallas, and I was authorized by my employer to make those statements to the *Dallas Morning News*.

11. I did not mention the names of either one of the Plaintiffs Steven Benton Aubrey or Brian Edward Vodicka in any official statements while performing my duties as spokesperson for the Dallas County Sheriff's Department.

12. I have engaged in no act that was directed to the State of Florida.

13. I have never personally met or communicated with either one of the Plaintiffs.

14. I have never been part of any conspiracy or campaign to defame Plaintiffs or to destroy their reputations, nor I am aware of any such conspiracy by any of the government officials who have been named in this lawsuit.

15. I have no knowledge as to the alleged disabilities, sexual orientation, or fragile condition of either Plaintiff, as recited in the complaint.

16. At all times relevant to this action, and at all times since, I have not operated, conducted, engaged in, or carried on a business or business venture in Florida or had an office or agency in the state of Florida. Additionally, no agent has conducted any of those activities in Florida on my behalf.

17. At all times relevant to this action, and at all times since, I have not owned, used, possessed or held a mortgage or other lien on any real property within Florida. Additionally, no agent has done so on my behalf.

18. At all times relevant to this action, and at all times since, I have not processed, serviced or manufactured any product, material or thing that caused injury to the Plaintiffs. Additionally, no agent has done so on my behalf.

19. At all times relevant to this action, and at all times since, I have not engaged in solicitation or service activities that caused injury to the Plaintiffs. Additionally, no agent has done so on my behalf.

20. At all times relevant to this action, and at all times since, I have not operated a business, contracted to insure any person, property or risk located within Florida, breached a contract, committed a tortious act, or caused injury in Florida that would subject me to the jurisdiction of the state of Florida to answer and defend against the claims of the Plaintiffs. Additionally, no agent has done so on my behalf.

21. At all times relevant to this action, and at all times since, I have not engaged in substantial and not isolated activities within Florida that would subject me to the jurisdiction of the State of Florida. Additionally, no agent has done so on my behalf.

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true.

_____
MELINDA CHRISTINE URBINA

Dated: 08/17/2018