EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

     Plaintiffs,

v.                                                    Case No. 18-CV-61117-BLOOM-VALLE

D MAGAZINE PARTNERS, L.P. et al.,

     Defendants.

_____/

### DECLARATION OF MARIAN BROWN

Sheriff Marian Brown, under penalty of perjury, states and declares as follows:

1.    I am qualified to make this declaration on behalf of Dallas County and have personal knowledge of the facts contained here.

2.    I am employed by Dallas County, Texas, and currently serve as the Sheriff of Dallas County, Texas. I am authorized by Dallas County to submit this declaration on its behalf and on behalf of the Dallas County Sheriff's Department sometimes referred to hereinafter as the "DCSD". At the time of the allegations made by the Plaintiffs in this lawsuit, I was the Chief Deputy over the General Services Bureau of the DCSD.

3.    I have reviewed the complaint in this action and am aware of the allegations that have been made against Dallas County and the DCSD in the twenty-two counts therein (specifically, Counts I-X and XII-XXIII).

4.    Dallas County is a political subdivision of the State of Texas.

5.      The Dallas County Sheriff's Department is not a separate legal entity capable of being sued.  In this regard, the DCSD is a law enforcement agency organized and existing solely as a departmental subdivision of Dallas County, Texas.

6.      Plaintiffs have asserted claims against Dallas County and the DCSD for alleged statements made by spokesperson Melinda Christine Urbina to a news reporter at the *Dallas Morning News* about Plaintiffs.  Those statements were then quoted in that newspaper's May 15, 2016 edition.

7.      The alleged statements by Urbina to the *Dallas Morning News* were an accurate description of law enforcement activities that were occurring in Dallas County, and Urbina was authorized to make those statements to the *Dallas Morning News* as part of her official duties.

8.      All of the alleged acts by Dallas County, the DCSD, and its spokesperson, Urbina, that are alleged in the complaint took place solely and exclusively in Dallas County, Texas.

9.      Specifically, Urbina made her statements to the *Dallas Morning News* in Dallas County; the alleged search and seizure of Plaintiffs' property as alleged in the complaint occurred in Dallas County; and the alleged arrest of Plaintiffs occurred in Dallas County.

10.     Neither Dallas County nor the DCSD have engaged in any acts that were directed to the State of Florida.

11.     Neither Dallas County nor the DCSD have ever been part of any conspiracy or campaign to defame Plaintiffs or to destroy their reputations.

12.     Neither Dallas County nor the DCSD had any knowledge as to the alleged disabilities, sexual orientation, or fragile condition of either Plaintiff at the time their alleged acts of misconduct took place.

13.     Neither Dallas County nor the DCSD participated in any destruction or unauthorized taking of Plaintiffs' property.

14.     Neither Dallas County nor the DCSD has committed any acts of excessive force, false arrest, false imprisonment, assault and battery, invasion of privacy, or infliction of emotional distress upon Plaintiffs.

15.     At all times relevant to this action, and at all times since, neither Dallas County nor the DCSD has ever operated, conducted, engaged in, or carried on a business or business venture in Florida or had an office or agency in the state of Florida.  Additionally, no agent has conducted any of those activities in Florida on their behalf.

16.     At all times relevant to this action, and at all times since, neither Dallas County nor the DCSD has owned, used, possessed or held a mortgage or other lien on any real property within Florida.  Additionally, no agent has done so on their behalf.

17.     At all times relevant to this action, and at all times since, neither Dallas County nor the DCSD has processed, serviced or manufactured any product, material or thing that caused injury to the Plaintiffs.  Additionally, no agent has done so on their behalf.

18.     At all times relevant to this action, and at all times since, neither Dallas County nor the DCSD has engaged in solicitation or service activities that caused injury to the Plaintiffs. Additionally, no agent has done so on their behalf.

19.     At all times relevant to this action, and at all times since, neither Dallas County nor the DCSD has operated a business, contracted to insure any person, property or risk located within Florida, breached a contract, committed a tortious act, or caused injury in Florida that would subject them to the jurisdiction of the state of Florida to answer and defend against the claim of the Plaintiffs.  Additionally, no agent has done so on their behalf.

20.     At all times relevant to this action, and at all times since, neither Dallas County nor the DCSD has engaged in substantial and not isolated activities within Florida that would

subject them to the jurisdiction of the State of Florida.  Additionally, no agent has done so on their behalf.

<u>VERIFICATION</u>

Under penalties of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true.

MARIAN   BROWN,   SHERIFF   OF   DALLAS COUNTY, TEXAS

Dated:   082118