FILED BY _____ D.C.

SEP 11 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| STEVEN BENTON AUBREY, and<br>BRIAN EDWARD VODICKA, | §<br>§<br>§ | |
| *Plaintiffs,* | §<br>§ | |
| v. | §<br>§ | CASE NO: 0:18-CV-61117-BB |
| D MAGAZINE PARTNERS, L.P. et al., | §<br>§ | |
| *Defendants.* | §<br>§ | |

---

### PLAINTIFFS' MOTION FOR REFERRAL
### TO VOLUNTEER ATTORNEY PROGRAM

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

PLAINTIFFS STEVEN B. AUBREY and BRIAN E. VODICKA (collectively "Plaintiffs"), file this Motion for Referral to Volunteer Attorney Program as follows:

Plaintiffs request to participate in the Volunteer Attorney Program of the U.S. District Court for the Southern District of Florida and for the Court to grant this motion and direct the case to be placed on the online list of available cases for consideration by volunteer attorneys.

Respectfully submitted,

By: _____

Steven Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

By: _____
Brian Vodicka, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (954) 716-9375
defamationperse@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on September 11, 2018, the undersigned has served the foregoing by USPS regular mail, Email, or through the CM/ECF docketing system. Therefore, the undersigned upon information and belief certifies that all counsel or parties of record will receive a copy of these papers.

_____
Steven Aubrey

_____
Brian Vodicka

## SERVICE LIST

*Via CM/ECF Notice:*
Dana J. McElroy
THOMAS & LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
LOCAL COUNSEL FOR DEFENDANTS:
D MAGAZINE PARTNERS, L.P.
ALLISON MEDIA, INC.
JAMIE L. THOMPSON
DALLAS COUNTY, TEXAS
DALLAS COUNTY SHERIFF'S DEPARTMENT

MELINDA CHRISTINE URBINA

***Via CM/ECF Notice:***
Eric P. Hockman
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
LOCAL COUNSEL FOR DEFENDANTS:
CITY OF DALLAS
DALLAS POLICE DEPARTMENT
SCOTT ROBERT SAYERS
ROBERT L. ERMATINGER, JR

***Via CM/ECF Notice:***
Tierman Cole
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General for the State of Florida
110 SE 6th St., Fl 10
Fort Lauderdale, FL. 33301-5001
LOCAL COUNSEL FOR DEFENDANT:
 ERIC VAUGHN MOYE

***Via Email: steve.schoettmer1@gmail.com***
Stephen Charles Schoettmer
4305 W Lovers Ln
Dallas, TX 75209-2803
DEFENDANT PRO SE