UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61117-BLOOM/Valle

STEVEN BENTON AUBREY and
BRIAN EDWARD VODICKA,

    Plaintiffs,

v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1–10, all of whose true
names are unknown,

    Defendants.
_____/

## ORDER OF REFERRAL TO VOLUNTEER ATTORNEY PROGRAM

**THIS CAUSE** came before the Court on Plaintiffs Steven Benton Aubrey and Brian Edward Vodicka's ("Plaintiffs") *pro se* Motion for Referral to Volunteer Attorney Program, ECF No. **[64]**. It is therefore **ORDERED AND ADJUDGED** that the Motion, **ECF No. [64]**, is **GRANTED**. This matter is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired. The Clerk of the Court will post a description of the case and contact information on the Court's website of available pro bono cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for

Case No. 18-cv-61117-BLOOM/Valle

reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

The Clerk of Court is **DIRECTED TO POST** the following description of the case:

> Plaintiffs allege that Defendants violated their civil rights in relation to a murder investigation of an individual with whom Plaintiffs were previously involved in contentious litigation. Plaintiffs also assert claims for defamation related to publication of information regarding the individual's death and related investigation.

**DONE AND ORDERED** in Chambers in Miami, Florida this 12th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Steven Benton Aubrey, *pro se*
2601 NW 3rd Avenue
Wilton Manors, FL 33311

Brian E. Vodicka, *pro se*
2601 NW 3rd Avenue
Wilton Manors, FL 33311

Stephen Charles Schoettmer, *pro se*
4305 W Lovers Lane
Dallas, TX 75209