**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-61117-BLOOM/Valle**

STEVEN BENTON AUBREY and
BRIAN EDWARD VODICKA,

       Plaintiffs,

v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1–10, all of whose true
names are unknown,

       Defendants.

_____/

## ORDER

    **THIS CAUSE** is before the Court upon *sua sponte* review of the record.  On September 10, 2018, Defendants City of Dallas, Robert L. Ermatinger, Jr., Scott Robert Sayers, Dallas County Sheriff's Department, Dallas County, Texas, and Melinda Christine Urbina filed their Motions to Dismiss, ECF No. [53], [54] ("Motions").  Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion."  To date, Plaintiffs have not responded to the Motion, nor shown cause.  Accordingly it is **ORDERED AND ADJUDGED** that on or before **October 1, 2018**, Plaintiffs shall file their response(s), if any, to the Motions.  Plaintiffs are cautioned that the

Case No. 18-cv-61117-BLOOM/Valle

failure to do so may result in granting the Motions by default.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Steven Benton Aubrey, *pro se*
2601 NW 3rd Avenue
Wilton Manors, FL 33311

Brian E. Vodicka, *pro se*
2601 NW 3rd Avenue
Wilton Manors, FL 33311

Stephen Charles Schoettmer, *pro se*
4305 W Lovers Lane
Dallas, TX 75209