UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

    Plaintiffs,

v.                                                                                                Case No. 18-CV-61117-BLOOM-VALLE

D MAGAZINE PARTNERS, L.P. et al.,

    Defendants.

_____/

## MAGAZINE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS COMPLAINT

Defendants D Magazine Partners, L.P. f/k/a Magazine Limited Partners, L.P, , Allison Media, Inc., and Jamie L. Thompson (collectively "Magazine Defendants"), move pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1 for an enlargement of time to file a reply to Plaintiffs' response in opposition to the Magazine Defendants' motion to dismiss. In support of this motion, the Magazine Defendants state:

    1.    On May 15, 2018, Plaintiffs (acting *pro se*) filed their 90-page Complaint, plus 53 pages of attachments, against fourteen Defendants. The lengthy complaint lists 23 causes of action, each against multiple defendants, ranging from defamation and Fourth Amendment violations to conspiracy and emotional distress. *See* ECF No. [1].

    2.    On September 10, 2018, the Magazine Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, Alternatively, to Transfer Venue. *See* ECF No. [56]. On Sept. 24, 2018, Plaintiffs timely filed their response in opposition to the

Magazine Defendants' motion to dismiss. *See* ECF No. [74]. Pursuant to applicable rules, the Magazine Defendants' reply is due to be filed on or before Monday, October 1, 2018.

3. Undersigned local counsel currently is out of state at a previously-scheduled legal conference in Virginia. Additionally, the Magazine Defendants' response to Plaintiff's motion to disqualify Haynes & Boone, ECF No. [69], is similarly due on October 1, 2018. The Magazine Defendants will timely be filing a response in opposition to the motion to disqualify, but require a brief extension to prepare a reply in support of their motion to dismiss.

4. Accordingly, the Magazine Defendants request a 7-day enlargement of the time period within which they must file a reply (to Monday, October 8, 2018).

5. Federal Rule of Civil Procedure 6(b) permits this Court to grant a motion for an extension of time for good cause. This Court has wide discretion to grant such a motion. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (district courts have "broad discretion" in managing their cases, including pre-trial activities); *see also Vorsteg v. United States*, No. 11-61160-CIV, 2011 WL 5169353, at *1 (S.D. Fla. Nov. 1, 2011) (granting 40-day extension for single defendant to respond to 55-page complaint).

6. This request is made in good faith and not for undue delay, and will not prejudice any party.

WHEREFORE, Defendants D Magazine Partners, L.P. f/k/a Magazine Limited Partners, L.P., Allison Media, Inc., and Jamie L. Thompson, respectfully request that this Court enter an order granting this motion and enlarging the time period within which these Defendants must file their reply in support of their motion to dismiss, ECF No. [56], to October 8, 2018.

## CERTIFICATION PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

Defendants' undersigned counsel, Dana J. McElroy, hereby certifies that prior to filing this motion, she conferred with Plaintiffs, who oppose the relief sought.

Respectfully submitted,

*/s/ Dana J. McElroy*
Dana J. McElroy, Esq.
dmcelroy@tlolawfirm.com
Florida Bar No.: 845906
Thomas & LoCicero PL
915 Middle River Drive, Suite 309
Ft. Lauderdale, Florida 33304
Telephone: 954.703.3416
Facsimile: 954.400.5415

Thomas J. Williams (admitted *pro hac vice*)
thomas.williams@haynesboone.com
Texas Bar No.: 21578500
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650

Jason P. Bloom *(*admitted *pro hac vice)*
jason.bloom@haynesboone.com
Texas Bar No.: 24045511
Stephanie Sivinski (admitted *pro hac vice*)
stephanie.sivinski@haynesboone.com
Texas Bar No.: 24075080
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR THE**
**MAGAZINE DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th day of September, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and *Pro Se* Plaintiffs, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:  */s/ Dana J. McElroy*
      Attorney

## SERVICE LIST

*Via U.S. Mail and Electronic Mail*

Steven B. Aubrey
2601 NW 3rd Ave
Wilton Manors, FL 33311
defamationperse@gmail.com

*Pro Se Plaintiff*

*Via U.S. Mail and Electronic Mail*

Brian E. Vodicka
2601 NW 3rd Ave
Wilton Manors, FL 33311
defamationperse@gmail.com

*Pro Se Plaintiff*