UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 18-cv-61117-BLOOM/Valle

STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

    *Plaintiffs*,
v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR.;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1-10, all whose true names
are unknown,

    *Defendants*.
_____/



FILED BY _____ D.C.
OCT - 2 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE RESPONSES DUE ON OCTOBER 1, 2018**

Plaintiffs Steven B. Aubrey ("Aubrey") and Brian E. Vodicka ("Vodicka"), (collectively, "Plaintiffs"), file this motion for leave as follows:

By this Court's Order, ECF No. [76], Plaintiff's responses to Defendants City of Dallas, Robert L. Ermatinger, Jr., Scott Robert Sayers, Dallas County Sheriff's Department, Dallas County, Texas, and Melinda Christine Urbina Motions to Dismiss were due on or before October 1, 2018.

On October 1, 2018, Plaintiff's made every effort to comply with the deadline and Aubrey personally attempted to file their responses, however, the clerk's office had locked its doors approximately five (5) minutes prior to the scheduled close of 4:30 pm.

Plaintiffs complied with the motion's certificates of service and electronically served all counsel or parties of record a copy of the papers on October 1, 2018.

Plaintiff's rearranged schedules to file this motion and various responses at the first opportunity available on the following morning of October 2, 2018.

Respectfully submitted,

By: _____
Steven Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

By: _____
Brian Vodicka, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (954) 716-9375
defamationperse@gmail.com

## CERTIFICATE OF SERVICE

    This is to certify that on October 2, 2018, the undersigned has served the foregoing by USPS regular mail, Email, or through the CM/ECF docketing system. Therefore, the undersigned upon information and belief certifies that all counsel or parties of record will receive a copy of these papers.

_____
Steven Aubrey

_____
Brian Vodicka

## SERVICE LIST

***Via CM/ECF Notice:***
Dana J. McElroy
THOMAS & LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Jason P. Bloom
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
**COUNSEL FOR DEFENDANTS:**
**D MAGAZINE PARTNERS, L.P. f/k/a**
**MAGAZINE LIMITED PARTNERS, L.P.,**
**ALLISON MEDIA, INC.**
**JAMIE L. THOMPSON**

***Via CM/ECF Notice:***
Dana J. McElroy
THOMAS & LOCICERO PL
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Peter L. Harlan
DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207
**COUNSEL FOR DEFENDANTS:**
**DALLAS COUNTY, TEXAS**
**DALLAS COUNTY SHERIFF'S DEPARTMENT**

**MELINDA CHRISTINE URBINA**

***Via CM/ECF Notice:***
Eric P. Hockman
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
**LOCAL COUNSEL FOR DEFENDANTS:**
**CITY OF DALLAS**
**DALLAS POLICE DEPARTMENT**
**SCOTT ROBERT SAYERS**
**ROBERT L. ERMATINGER, JR**

***Via CM/ECF Notice:***
Tierman Cole
OFFICE OF ATTORNEY GENERAL OF FLORIDA
110 SE 6th St., Fl 10
Fort Lauderdale, FL. 33301-5001
Demetri Anastasiadis
OFFICE OF ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711
**COUNSEL FOR DEFENDANT:**
**ERIC VAUGHN MOYE**

***Via Email: steve.schoettmer1@gmail.com***
Stephen Charles Schoettmer
4305 W Lovers Ln
Dallas, TX 75209-2803
**DEFENDANT PRO SE**