UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-CV-61117-BLOOM-VALLE

STEVEN BENTON AUBREY and
BRIAN EDWARD VODICKA,

      Plaintiffs,

vs.

D MAGAZINE PARTNERS, L.P. *et al.,*

      Defendants.

_____/

**CITY DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME
TO SERVE REPLY**

Defendants City of Dallas (the "City"),[1] Scott Sayers, and Robert Ermatinger (collectively, the "City Defendants"), hereby move, unopposed, for an extension of time within which to serve a reply in support of their Motion to Dismiss (ECF No. 53).

1.    On October 2, 2018, Plaintiffs filed two responses to the City Defendants' Motion to Dismiss: a response purportedly directed to the City Defendants and to Ermatinger in his official capacity (ECF No. 83) and a response purportedly directed against Ermatinger in his individual capacity (ECF No. 81) (collectively, the "Reponses").

2.    The City Defendants' reply to the Responses is currently due Tuesday, October 9, 2018.

3.    Because The City Defendants are faced with two responses, and because of the

---

[1] As Plaintiffs concede (ECF No. 83, at p. 8), the Dallas Police Department is not an independent legal entity capable of being sued. The "City" includes the City of Dallas and the Dallas Police Department.

WEISS SEROTA HELFMAN COLE & BIERMAN P.L.

numerosity and complexity of the issues presented by the Complaint, Motion to Dismiss, and Responses, the City Defendants believe more time is needed to review and reply appropriately.

4.      Therefore, the City Defendants respectfully request a seven-day extension, through and including October 16, 2018, within which to reply to Plaintiffs' Responses.

WHEREFORE, the City Defendants move for a seven-day extension of time, through and including October 16, 2018, within which to file a reply to Plaintiffs' Responses (ECF Nos. 81 & 83).

## CERTIFICATE OF CONFERRAL

Counsel for the City Defendants certifies that he has conferred or attempted to confer with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Plaintiffs have advised that they do not oppose the relief sought in this motion.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Attorneys for the City*
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, Florida 33134
Telephone:     (305) 854-0800
Facsimile:       (305) 854-2323

By:    /s/  Richard Rosengarten

JOSEPH H. SEROTA
Florida Bar No. 259111
Primary: jserota@wsh-law.com
Secondary: lmartinez@wsh-law.com

ERIC P. HOCKMAN
Florida Bar No. 064879

Primary: ehockman@wsh-law.com
Secondary: szavala@wsh-law.com

RICHARD B. ROSENGARTEN
Florida Bar No. 0106169
Primary: rrosengarten@wsh-law.com
Secondary: szavala@wsh-law.com

WEISS SEROTA HELFMAN COLE & BIERMAN P.L.

## Certificate of Service

I certify that on October 5, 2018, this document was electronically filed with the Clerk of Court using CM/ECF, and is also being served by U.S. Mail (or via CM/ECF if they have obtained authorization) upon all pro se plaintiffs identified on the below service list.

By: ___/s/ Richard Rosengarten___

## Service List

| | |
|---|---|
| **Steven B. Aubrey**<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>(512) 666-8004<br>defamationperse@gmail.com<br>*Plaintiff Pro Se* | **Brian E. Vodicka**<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>(954) 716-9375<br>defamationperse@gmail.com<br>*Plaintiff Pro Se* |
| **Stephen Charles Schoettmer, Esq.**<br>4305 W. Lovers Lane<br>Dallas, TX 75209<br>(214) 228-8792<br>Steve.schoettmer1@gmail.com<br>*Defendant*<br><br>**Peter L. Harlan, Assistant District Attorney**<br>133 N. Riverfront Blvd. 1319<br>Dallas, Texas 75207<br>(512) 653-3690<br>*Attorney for Defendants Melinda C. Urbina, Dallas County Sheriff Department and Dallas County, Texas* | **Demetri Anastasiadis**<br>Assistant Attorney General of Texas<br>Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 463-2080<br><br>**Tiernan Cole, Esq.**<br>Assistant Attorney General<br>Office of Attorney General of Florida<br>110 SE 6th Street, FL 10<br>Fort Lauderdale, FL 33301<br>(954) 712-4600<br>Tiernan.cole@myfloridalegal.com<br>Gwendolyn.hinton@myfloridalegal.com;<br>Martine.legagneur@myfloridalegal.com<br>*Attorney for Defendant Judge Eric Vaughn Moye* |

*Continued next page*

| | |
|---|---|
| **Dana J. McElroy, Esq.**<br>Thomas & Locicero PL<br>915 Middle River Drive, Suite 309<br>Fort Lauderdale, FL 33304<br>(954) 703-3416<br>dmcelroy@tlolawfirm.com<br><br>**Jason P. Bloom, Esq.**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>(214) 651-5000<br><br>*Attorneys For D Magazine Partners, L.P. D/B/A D Magazine; Magazine Limited Partners, L.P.; Allison Media, Inc.; and Jamie L. Thompson* | |