**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| STEVEN BENTON AUBREY and ) <br> BRIAN EDWARD VODICKA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> D MAGAZINE PARTNERS, L.P. ) <br> d/b/a D MAGAZINE, MAGAZINE ) <br> LIMITED PARTNERS, L.P., ) <br> ALLISON MEDIA, INC., ) <br> JAMIE L. THOMPSON, ) <br> ROBERT L. ERMATINGER, JR., ) <br> SCOTT ROBERT SAYERS, ) <br> STEPHEN CHARLES SCHOETTMER, ) <br> ERIC VAUGHN MOYE, ) <br> DALLAS POLICE DEPARTMENT, ) <br> CITY OF DALLAS, ) <br> MELINDA CHRISTINE URBINA, ) <br> DALLAS COUNTY SHERIFF'S DEPT., ) <br> DALLAS COUNTY, TEXAS, and ) <br> DOES 1-10, ) <br> all of whose true names are unknown ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 18-cv-61117-BLOOM-VALLE |

## DALLAS COUNTY DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE

Pursuant to this Court's Order dated September 18, 2018, ECF No. [70], Defendants Dallas County, Texas ("Dallas County"), Dallas County Sheriff's Department ("DCSD"), and Melinda Christine Urbina ("Urbina") (collectively the "Dallas County Defendants") hereby disclose the following persons and entities that have a financial interest in the outcome of this case:

**A.    Parties**

      **Plaintiffs**

1. Steven Benton Aubrey (*pro se*)

2. Brian Edward Vodicka (*pro se*)

**Defendants**

3. Dallas County, Texas

4. Melinda Christine Urbina

5. D Magazine Partners, L.P.

6. Magazine Limited Partners, L.P.

7. Allison Media, Inc.

8. Jamie L. Thompson

9. Robert L. Ermatinger, Jr.

10. Scott Robert Sayers

11. Stephen Charles Schoettmer

12. Judge Eric Vaughn Moye

13. Dallas Police Department

14. City of Dallas

B. **Attorneys**

15. Dallas County District Attorney's Office (Counsel for Dallas County Defendants)

16. Peter L. Harlan, Esq. (Counsel for Dallas County Defendants)

17. Thomas & LoCicero PL (Local Counsel for Dallas County Defendants and Magazine Defendants)

18. Dana J. McElroy, Esq. (Local Counsel for Dallas County Defendants and Magazine Defendants)

19. Haynes and Boone, LLP (Counsel for Magazine Defendants)

20. Jason P. Bloom, Esq. (Counsel for Magazine Defendants)

21. Thomas J. Williams, Esq. (Counsel for Magazine Defendants)

22. Stephanie Sivinski, Esq. (Counsel for Magazine Defendants)

23. Office of the Attorney General of Texas (Counsel for Defendant Judge Eric Vaughn Moye)

24. Demetri Anastasiadis, Esq. (Counsel for Defendant Judge Eric Vaughn Moye)

25. Office of the Attorney General of Florida (Counsel for Defendant Judge Eric Vaughn Moye)

26. Tiernan Cole, Esq. (Counsel for Defendant Judge Eric Vaughn Moye)

27. Weiss Serota Helfman Cole & Bierman, P.L. (Counsel for City Defendants)

28. Eric P. Hockman, Esq. (Counsel for City Defendants)

29. Joseph H. Serota, Esq. (Counsel for City Defendants)

30. Richard B. Rosengarten, Esq. (Counsel for City Defendants)

The Dallas County Defendants further represent Dallas County, as a governmental entity, and Urbina, as an individual, are not required to file corporate disclosure statements pursuant to Fed. R. Civ. P. 7.1.  As Plaintiffs have recognized, the Dallas County Sheriff's Office is not a separate legal entity with the capacity to sue or be sued in its own name.  *See* ECF No. [82] at 14.

Respectfully submitted,

/s/ Dana J. McElroy
Dana J. McElroy
Florida Bar No.: 845906
dmcelroy@tlolawfirm.com
Thomas & LoCicero
915 Middle River Dr., Suite 309
Ft. Lauderdale, FL 33304
(954) 703-3416 (Telephone)
(954) 400-5415 (Facsimile)

/s/ Peter L. Harlan
Peter L. Harlan
Assistant District Attorney
pharlan@dallascounty.org
Dallas County District Attorney's Office
Texas Bar. No. 09011300
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207-4399
(214) 653-3691 (Telephone)
(214) 653-2899 (Facsimile)

| | |
|---|---|
| ATTORNEYS FOR DEFENDANTS<br>Dallas County Texas, Dallas County Sheriff's Dept., and Melinda Christine Urbina | ATTORNEY FOR DEFENDANTS<br>Dallas County Texas, Dallas County Sheriff's Dept., and Melinda Christine Urbina<br>Attorney Pro Hac Vic |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **9th day of October, 2018**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and *Pro Se* Plaintiffs, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Dana J. McElroy*
     Attorney

## SERVICE LIST

| *Via Electronic Mail* | *Via Electronic Mail* |
|---|---|
| Steven B. Aubrey<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>defamationperse@gmail.com<br><br>*Pro Se Plaintiff* | Brian E. Vodicka<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>defamationperse@gmail.com<br><br>*Pro Se Plaintiff* |