# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| STEVEN BENTON AUBREY and BRIAN EDWARD VODICKA, <br><br> Plaintiffs, <br><br> v. <br><br> D MAGAZINE PARTNERS, L.P. d/b/a D MAGAZINE, MAGAZINE LIMITED PARTNERS, L.P., ALLISON MEDIA, INC., JAMIE L. THOMPSON, ROBERT L. ERMATINGER, JR., SCOTT ROBERT SAYERS, STEPHEN CHARLES SCHOETTMER, ERIC VAUGHN MOYE, DALLAS POLICE DEPARTMENT, CITY OF DALLAS, MELINDA CHRISTINE URBINA, DALLAS COUNTY SHERIFF'S DEPT., DALLAS COUNTY, TEXAS, and DOES 1-10, all of whose true names are unknown, <br><br> Defendants. | Case No. 18-cv-61117-BLOOM-VALLE |

**DEFENDANTS D MAGAZINE PARTNERS, L.P. F/K/A MAGAZINE LIMITED PARTNERS, ALLISON MEDIA, INC., AND JAMIE L. THOMPSON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's September 18, 2018 Order (Dkt. 70) and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants D Magazine Partners, L.P. (formerly known as Magazine Limited Partners), Allison Media, Inc. and Jamie L. Thompson hereby disclose the following persons and entities that may have a financial interest in the outcome of this case:

1. D Magazine Partners, L.P.

2. Allison Media, Inc.

3. Jamie L. Thompson

4. Robert L. Ermatinger, Jr.

5. Scott Robert Sayers

6. Stephen Charles Schoettmer

7. Eric Vaughn Moye

8. City of Dallas, Texas

9. Melinda Christine Urbina

10. Dallas County, Texas

11. Steven Aubrey

12. Brian Vodicka

Pursuant to Rule 7.1, neither Allison Media, Inc. nor D Magazine Partners, L.P. have a parent corporation, and no publicly-traded corporation owns 10 percent or more of either entity's stock. Thompson is an individual, and Rule 7.1 is therefore inapplicable to her.

Respectfully submitted,

*/s/ Dana J. McElroy*
Dana J. McElroy, Esq.
dmcelroy@tlolawfirm.com
Florida Bar No.: 845906
Thomas & LoCicero PL
915 Middle River Drive, Suite 309
Ft. Lauderdale, Florida 33304
Telephone: 954.703.3416
Facsimile: 954.400.5415

Thomas J. Williams (admitted pro hac vice)
*thomas.williams@haynesboone.com*
Texas Bar No.: 21578500
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas  76102
Telephone: (817) 347-6600
Telecopier: (817) 347-6650

Jason P. Bloom (admitted pro hac vice)
*jason.bloom@haynesboone.com*
Texas Bar No.: 24045511
Stephanie Sivinski (admitted pro hac vice)
*stephanie.sivinski@haynesboone.com*
Texas Bar No.: 24075080
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR DEFENDANTS D MAGAZINE PARTNERS, L.P. f/k/a MAGAZINE LIMITED PARTNERS, L.P., ALLISON MEDIA, INC., and JAMIE L. THOMPSON**

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel, hereby certify that on October 9, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served on this date to all other counsel or pro se parties listed below, either via transmission of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Steven Benton Aubrey, Pro Se
2601 NW 3rd Avenue
Wilton Manors, FL  33311
(512) 666-8004 (Telephone)
defamationperse@gmail.com

Brian Edward Vodicka
2601 NW 3rd Avenue
Wilton Manors, FL  33311
(512) 666-8004 (Telephone)
defamationperse@gmail.com

                                                         */s/ Dana J. McElroy*
                                                         Dana J. McElroy