UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-CV-61117-BLOOM-VALLE

STEVEN BENTON AUBREY and
BRIAN EDWARD VODICKA,

       Plaintiffs,

v.

D MAGAZINE PARTNERS, L.P. *et al.,*

       Defendants.

_____/

### CITY DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's September 18, 2018, order (ECF No. 70), defendants City of Dallas (the "City"),[1] Scott Sayers, and Robert Ermatinger (collectively, the "City Defendants"), hereby disclose the following persons and entities that have a financial interest in the outcome of this case:

**A. Parties**

**Plaintiffs**

1. Steven Benton Aubrey.

2. Brian Edward Vodicka.

**Defendants**

3. Dallas County, Texas.[2]

---

[1] As Plaintiffs concede (ECF No. 83, at p. 8), the Dallas Police Department is not an independent entity subject to suit. The "City" includes the City of Dallas and the Dallas Police Department.

[2] As Plaintiffs concede (ECF No. 82, at p. 14), the Dallas County Sheriff's Department not an independent entity subject to suit. "Dallas County, Texas," includes Dallas County and the Dallas County Sheriff's Department.

WEISS SEROTA HELFMAN COLE & BIERMAN P.L.

    4.  Melinda Christine Urbina.

    5.  D Magazine Partners, L.P.

    6.  Magazine Limited Partners, L.P.

    7.  Allison Media, Inc.

    8.  Jamie L. Thompson.

    9.  Robert L. Ermatinger, Jr.

    10.  Scott Robert Sayers.

    11.  Stephen Charles Schoettmer.

    12.  Judge Eric Vaughn Moye.

    13.  City of Dallas.[3]

**B.**  **Attorneys and Law Firms**

    14.  Dallas County District Attorney's Office (Counsel for Dallas County Defendants).

    15.  Peter L. Harlan, Esq. (Counsel for Dallas County Defendants).

    16.  Thomas & LoCicero PL (Local Counsel for Dallas County Defendants and Magazine Defendants).

    17.  Dana Jane McElroy, Esq. (Local Counsel for Dallas County Defendants and Magazine Defendants).

    18.  Haynes and Boone LLP (Counsel for Magazine Defendants).

    19.  Jason P. Bloom, Esq. (Counsel for Magazine Defendants).

    20.  Thomas J. Williams, Esq. (Counsel for Magazine Defendants).

    21.  Stephanie Sivinski, Esq. (Counsel for Magazine Defendants).

    22.  Office of the Attorney General of Texas (Counsel for Defendant Judge Eric Vaughn Moye).

---

[3] As a governmental corporate party, the City is exempt from Federal Rule of Civil Procedure's requirement to either identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state that there is no such corporation.

23. Demetri Anastasiadis, Esq. (Counsel for Defendant Judge Eric Vaughn Moye).

24. Office of the Attorney General of Florida (Counsel for Defendant Judge Eric Vaughn Moye).

25. Tiernan Cole, Esq. (Counsel for Defendant Judge Eric Vaughn Moye).

26. Weiss Serota Helfman Cole & Bierman, P.L. (Counsel for City Defendants).

27. Eric Page Hockman, Esq. (Counsel for City Defendants).

28. Joseph Hyam Serota, Esq. (Counsel for City Defendants).

29. Richard Bradlee Rosengarten, Esq. (Counsel for City Defendants).

Respectfully submitted,

WEISS SEROTA HELFMAN
 COLE & BIERMAN, P.L.
*Attorneys for the City*
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, Florida 33134
Telephone:    (305) 854-0800
Facsimile:     (305) 854-2323

By:     /s/  Richard B. Rosengarten

JOSEPH H. SEROTA
Florida Bar No. 259111
Primary: jserota@wsh-law.com
Secondary: lmartinez@wsh-law.com

ERIC P. HOCKMAN
Florida Bar No. 064879
Primary: ehockman@wsh-law.com
Secondary: szavala@wsh-law.com

RICHARD B. ROSENGARTEN
Florida Bar No. 0106169
Primary: rrosengarten@wsh-law.com
Secondary: szavala@wsh-law.com

## Certificate of Service

I certify that on October 9, 2018, this document was electronically filed with the Clerk of Court using CM/ECF, and is also being served by U.S. Mail (or via CM/ECF if they have obtained authorization) upon all pro se plaintiffs and defendants identified on the below service list.

By: */s/ Richard B. Rosengarten*

## Service List

| | |
|---|---|
| **Steven B. Aubrey**<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>(512) 666-8004<br>defamationperse@gmail.com<br>*Plaintiff Pro Se* | **Brian E. Vodicka**<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>(954) 716-9375<br>defamationperse@gmail.com<br>*Plaintiff Pro Se* |
| **Stephen Charles Schoettmer, Esq.**<br>4305 W. Lovers Lane<br>Dallas, TX 75209<br>(214) 228-8792<br>Steve.schoettmer1@gmail.com<br>*Defendant*<br><br>**Peter L. Harlan, Assistant District Attorney**<br>133 N. Riverfront Blvd. 1319<br>Dallas, Texas 75207<br>(512) 653-3690<br>*Attorney for Defendants Melinda C. Urbina, Dallas County Sheriff Department and Dallas County, Texas* | **Demetri Anastasiadis**<br>Assistant Attorney General of Texas<br>Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 463-2080<br><br>**Tiernan Cole, Esq.**<br>Assistant Attorney General<br>Office of Attorney General of Florida<br>110 SE 6th Street, FL 10<br>Fort Lauderdale, FL 33301<br>(954) 712-4600<br>Tiernan.cole@myfloridalegal.com<br>Gwendolyn.hinton@myfloridalegal.com;<br>Martine.legagneur@myfloridalegal.com<br>*Attorney for Defendant Judge Eric Vaughn Moye* |

*Continued next page*

| | |
|---|---|
| **Dana J. McElroy, Esq.**<br>Thomas & Locicero PL<br>915 Middle River Drive, Suite 309<br>Fort Lauderdale, FL 33304<br>(954) 703-3416<br>dmcelroy@tlolawfirm.com<br><br>**Jason P. Bloom, Esq.**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>(214) 651-5000<br><br>*Attorneys For D Magazine Partners, L.P. D/B/A D Magazine; Magazine Limited Partners, L.P.; Allison Media, Inc.; and Jamie L. Thompson* | |