UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61117-BLOOM/Valle

STEVEN BENTON AUBREY and
BRIAN EDWARD VODICKA,

    Plaintiffs,

v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1–10, all of whose true
names are unknown,

    Defendants.
_____/

## ORDER STRIKING AMENDED COMPLAINT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On October 16, 2018, Plaintiffs filed an Amended Complaint, ECF No. [101]. The Court strikes the Amended Complaint because Plaintiffs have failed to comply with Rule 15 of the Federal Rules of Civil Procedure, and the Local Rules. Although Plaintiffs are proceeding *pro se* in the instant case, the Court previously entered its Order Providing Instructions to *Pro Se* Litigant, ECF No. [52], in which it advised Plaintiffs that, notwithstanding their *pro se* status, they must comply with all Federal Rules of Civil Procedure and the Local Rules. Thus, if Plaintiffs wish to file an amended pleading, they must comply with Rule 15 of the Federal Rules of Civil Procedure and

Case No. 18-cv-61117-BLOOM/Valle

2

applicable Local Rules.

Accordingly, it is **ORDERED AND ADJUDGED** that the Amended Complaint, **ECF No. [101]**, is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2018.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Steven Benton Aubrey, *pro se*
2601 NW 3rd Avenue
Wilton Manors, FL 33311

Brian E. Vodicka, *pro se*
2601 NW 3rd Avenue
Wilton Manors, FL 33311

Stephen Charles Schoettmer, *pro se*
4305 W Lovers Lane
Dallas, TX 75209