**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Case No. 18-cv-61117-BLOOM/Valle**



STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

     *Plaintiffs,*

v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR.;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1-10, all whose true names
are unknown,

     *Defendants.*
_____/

**PLAINTIFFS' FIRST AMENDED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL RESPONSE TO THE CITY DEFENDANTS' MOTION
TO DISMISS BASED ON 13 NEW CONTACTS WITH FORUM STATE
AND MORE DETAILED CERTIFICATION OF CONFERENCE**

Plaintiffs Steven B. Aubrey ("Aubrey") and Brian E. Vodicka ("Vodicka"), (collectively,

"Plaintiffs"), file this motion for leave as follows:

On October 3, 2018, the day after Plaintiffs filed their Response to Defendants City of

Dallas, Scott Sayers, and Robert Ermatinger's (collectively, the "City Defendants") Motion to

Dismiss, ECF No. [83], Plaintiffs began sustaining thirteen (13) new injuries caused by the

unlawful actions of the City Defendants. The City Defendants established thirteen (13) new contacts with the forum state, which should be considered by this Court in its determination of the City Defendants' Motion to Dismiss.

Plaintiffs request leave of court to supplement their Response to the City Defendants Motion to Dismiss with new evidence for this Court's consideration.

## <u>CERTIFICATION OF CONFERENCE</u>

Pursuant to S.D. FLA. L.R. 7.1(a)(3), Plaintiffs hereby certify that prior to filing this motion, they conferred with all parties who may be affected by the relief sought in the motion, regarding the merits of this motion. D Magazine Defendants and Dallas County Defendants take no position on the motion and the rest of the defendants oppose the motion.

Respectfully submitted,

By: _____
Steve Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

By: _____
Brian Vodicka, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (954) 716-9375
defamationperse@gmail.com

## CERTIFICATE OF SERVICE

I CERTIFY that on October 19, 2018, I filed the foregoing document with the Clerk of the Court and trust that the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing. Therefore, the undersigned upon information and belief certifies that all counsel or parties of record will receive a copy of these papers.

*Via Facsimile*
Stephen C. Schoettmer
4305 W Lovers Ln
Dallas, TX 75209-2803
[Tel.] (214) 228-8792
[Fax] (214) 352-0662
**DEFENDANT PRO SE**

Steve Aubrey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 18-cv-61117-BLOOM/Valle

STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

      *Plaintiffs,*

v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR.;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1-10, all whose true names
are unknown,

      *Defendants.*
_____/

## PLAINTIFFS' SUPPLEMENTAL RESPONSE TO CITY DEFENDANTS' MOTION TO DISMISS

On October 2, 2018, Plaintiffs Steven B. Aubrey ("Aubrey") and Brian E. Vodicka ("Vodicka"), (collectively, "Plaintiffs"), filed their Response to City Defendants' Motion to Dismiss, ECF No. [83] ("Response").

On October 3, 2018, copies of thirteen (13) subpoenas duces tecum began trickling into Plaintiffs' mailbox via USPS (the most recent arrived on October 15, 2018). Defendant Stephen

Charles Schoettmer's ("Schoettmer"), signature was on all of the documents that were served under the ruse of intended judgment debt collection.    In truth, the subpoenas represent Schoettmer's continued unlawful use of a civil lawsuit to further his misguided and unintelligible murder investigation.

Plaintiffs have evidence that the City Defendants previously gave Schoettmer information about the Tobolowsky murder investigation, which only they could have known.   Schoettmer's list of thirteen (13) non-party witnesses, which includes Plaintiffs' old phone providers and old email accounts not used for many years, could only come from the City Defendants because that information is not publically available.   As well, the City Defendants unlawfully gave Plaintiffs' personal identification information to Schoettmer, including their social security numbers, to cause further injury to Plaintiffs, in Florida.

Each subpoena duces tecum, served by Schoettmer, represents fraudulent use of personal identification information, an offense under Florida Statute 817.568(2)(a) and a felony of the third degree.   Under the umbrella of debt collection, the subpoenas duces tecum were served on Plaintiffs' phone providers and email service providers demanding production of location records, historical GPS/mobile locate information, call/text/data, Cell-site and sector, date time, direction, duration, bytes up/down, all text messaging content, detail records, electronically stored records, voicemail, Dialed Digit searches, email, digital images, contact lists, video calling, web activity, domain accessed, data connections, Internet Service Providers, Internet protocol addresses, session data, designation data, bookmarks, data sessions, carrier key, cell site lists including switch, cell-site number, name,  physical address, longitude and latitude,  azimuth, and beam width  of each related sector, subscriber records, make, model, serial number, IMEI, ESN, MEID and MAC addresses associated with listed numbers and any other records or other

evidence relating to the phone number.  And, the served documents demanded records beginning on January 1, 2016, four and one half (4 ½) months prior to the murder of Ira Tobolowsky.

Not even Schoettmer can explain how almost three (3) years worth of the text, email, GPS and data information would necessary to assist in the discovery non-existing financial assets.  On September 28, 2018, Schoettmer used the confidential information that the City Defendants gave him and he began serving subpoenas duces tecum on:

Real Property Management Miami, Plaintiffs' landlord.  It commands appearance in Dallas, Texas and production of documents and information.  (*See* **Exhibit A**)

Bank of America, N.A.  It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit B**)

Paypal Holdings, Inc. It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit C**)

Google, LLC. It commands appearance in Dallas, Texas and production of location records, call/text/data detail records, electronically stored records, carrier key, cell site list and subscriber records, all beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit D**)

Verizon Wireless Telecom, Inc. It commands appearance in Dallas, Texas and production of location records, call/text/data detail records, electronically stored records, carrier key, cell site list and subscriber records, all beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit E**)

The Toronton-Dominion Bank. It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit F**)

Square, Inc. It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit G**)

T-Mobil USA, Inc. It commands appearance in Dallas, Texas and production of location records, call/text/data detail records, electronically stored records, carrier key, cell site list and subscriber records, all beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit H**)

Citigroup, Inc. It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit I**)

Sprint Spectrum, L.P.  It commands appearance in Dallas, Texas and production of location records, call/text/data detail records, electronically stored records, carrier key, cell site list and subscriber records, all beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit J**)

Capital One, N.A. It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit K**)

On October 5, 2018, Schoettmer issued a Subpoena Duces Tecum on Citibannk, N.A. It commands appearance in Dallas, Texas and production of documents and information beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit L**)

On October 9, 2018, Schoettmer issued another Subpoena Duces Tecum on Sprint Spectrum, L.P.  It commands appearance in Dallas, Texas and production of location records, call/text/data detail records, electronically stored records, carrier key, cell site list and subscriber records, all beginning on January 1, 2016, 4 ½ months before Ira Tobolowsky was murdered. (*See* **Exhibit M**)

Schoettmer served thirteen (13) new subpoenas duces tecum as a result of the information he was given by the City Defendants.  The injuries continue to escalate here in Florida as do the City Defendants' contacts with the forum state.  The City Defendants gave Schoettmer Plaintiffs' personal identification information, including social security numbers, and a list of non-party witnesses who had/have agreements with Plaintiffs to provide phone service, email service, banking and/or credit card processing service.  This recent damaging activity was not Schoettmer's first fraudulent use of Plaintiffs' personal information, which could only have been known by the City Defendants.

## CITY DEFENDANTS' PREVIOUS CONTACTS WITH THIS FORUM

Since the beginning of the Tobolowsky murder investigation, the City Defendants have improperly shared very private and confidential information with Schoettmer and/or Michael

Tobolowsky. Under the Dallas Police Department General Order, the City Defendants are forbidden to release such information. Nevertheless, they always have released Plaintiffs' information, including fabricated information, to injure Plaintiffs. The 13 subpoenas duces tecum represent more of the same.

After Schoettmer told law enforcement and the media that Plaintiffs committed the murder, the Dallas Police Department ("DPD") served warrants on Plaintiffs phone and email providers. They learned Aubrey got a text from his brother asking if Aubrey had heard that Ira Tobolowsky died in a fire. For a short time, only DPD had knowledge of that insignificant detail. DPD was also tracking Plaintiffs credit card use and they discovered that Plaintiffs had a friend, Alexandra Krot, visiting from out of town after the fire and death. DPD tracked Dr. Krot's transactions as well, followed her to the hotel where she was staying and then followed her to the airport, where they stopped her and asked for her I.D.

## A. City Defendants gave Dr. Krot's personal information to Schoettmer.

On January 12, 2017, after Plaintiffs had become Florida residents, Schoettmer served a notice of subpoena and subpoena duces tecum on JP Morgan Chase Bank, N.A., Dr. Krot's bank. (*See* Notice of Subpoena, attached as **Exhibit N**) DPD had given Schoettmer Dr. Krot's personal information, including birth date and social security number and the specific branch location where she made a bank transaction. Without cause and grasping at straws, Schoettmer believed that her bank records would expose payments in a murder for hire scheme. He was wrong. The subpoena, which had absolutely nothing to do with defamation, was issued through the *civil* defamation case that Schoettmer made famous by alleging it was the motive for murder. Defendant Eric Vaughn Moye's court ignored Plaintiffs' motion to quash and motion for contempt of court, as it ignored all motions filed by Plaintiffs.

5

**B.  City Defendants cause friends and family harassment and injury.**

On May 9, 2017, after Plaintiffs had become Florida residents, Michael Tobolowsky filed a petition asking the court to issue a subpoena duces tecum, requiring the production of documents by and the oral depositions of Aubrey's brother and Alexandra Krot. (*See* Petition attached as **Exhibit O)**  The extraordinary petition made outlandish claims such as:

> Since May 13, 2016, Respondent Alexandra Krot has continued to communicate with SA and BV on a regular basis. And upon information and belief, many of such interactions and communications have pertained directly to Ira E. Tobolowsky, his capital murder, and/or the investigation thereof.  (See Exhibit O at ¶ 7)

In fact, even when DPD stopped and identified her, Alexandra Krot had never heard the name Tobolowsky.   The personal information that DPD improperly gave Schoettmer and Michael Tobolowsky damaged Plaintiffs' family relationships and personal relationships.    Without cause, Michael Tobolowsky influenced the court and obtained a court order to snoop through Tom Aubrey and Alexandra Krot's personal email messages, texts and phone information. Michael Tobolowsky's brother, Jonathan joined a process server on his trip to a large office, where Tom Aubrey works, to watch the frivolous subpoena service.   Tom Aubrey has an important upper management position, has many employees that report to him and he is very respected at his workplace.  Upon entering the reception area with the process server, Jonathan screamed Tom Aubrey's name and screamed they had a subpoena for him.

Michael Tobolowsky deposed Tom Aubrey in Dallas and traveled to Detroit MI, with his brother Jonathan, to depose Alexandra Krot.  Their efforts were a complete bust except for the damage caused and harassment, all originating from DPD sharing private and confidential information during a murder investigation.

6

**C.**  **Schoettmer impersonated Aubrey at least three times.**

On June 10, 2017, Schoettmer impersonated Aubrey when he called a Citibank representative and gave Aubrey's personal information that DPD had previously given to him. Schoettmer attempted to gain access to Aubrey's Citibank issued American Express credit card account. Citibank's fraud department contacted Aubrey and explained this was the third time the same person, later identified as Schoettmer, called and claimed to be Aubrey. Three times Schoettmer gave the representative Aubrey's personal information including social security number, illegally obtained by Schoettmer. The fraud department has the tape recordings of Schoettmer's impersonations, attempting to breach Aubrey's Citibank credit card account. Schoettmer committed three (3) second-degree felony offenses under Florida Statute 817.568(2)(b). Only the City Defendants could have given Schoettmer the number associated with Aubrey's Citibank American Express. Because the City Defendants had forever ruined Plaintiffs relationship with local law enforcement, they made it very clear they would do nothing to assist Aubrey with the crime. Aubrey filed an Identity Theft Report with the Federal Trade Commission. (*See* Report, attached as **Exhibit P**)

## CONCLUSION

Ironically, the copy of the subpoena Schoettmer served on Citibank, N.A., Exhibit O, is the same credit card company that Schoettmer called three (3) times and impersonated Aubrey, trying to access Aubrey's credit card account. His impersonations constituted second-degree felonies, three (3) of them. When Schoettmer served the subpoena duces tecum on Citibank, N.A., it was only a third-degree felony, but he racked up thirteen (13) of those.

In violation of their own internal rules and procedures, the City Defendants gave Plaintiffs' personal information to Schoettmer, grossly violating Plaintiffs' right to privacy. As a result, Plaintiffs have been pressured to file thirteen (13) motions to quash and thirteen (13) motions for protective orders. Unfortunately, the twenty-six (26) motions are filed in Defendant Moye's court, indicating more damage and injury is imminent all because the City Defendants shared Plaintiffs' information.

FOR THESE REASONS, Plaintiffs prays that the Court will find the minimum contacts are sufficient to deny the City Defendants' Motion to Dismiss.

## <u>CERTIFICATION OF CONFERENCE</u>

Pursuant to S.D. FLA. L.R. 7.1(a)(3), Plaintiffs hereby certify that prior to filing this motion, they conferred with all parties who may be affected by the relief sought in the motion, regarding the merits of this motion. D Magazine Defendants and Dallas County Defendants take no position on the motion and the rest of the defendants oppose the motion.

Respectfully submitted,

By: _____

Steve Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

By: _____

Brian Vodicka, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (954) 716-9375
defamationperse@gmail.com

8

## CERTIFICATE OF SERVICE

I CERTIFY that on October 19, 2018, I filed the foregoing document with the Clerk of the Court and trust that the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing. Therefore, the undersigned upon information and belief certifies that all counsel or parties of record will receive a copy of these papers.

*__Via Facsimile__*
Stephen C. Schoettmer
4305 W Lovers Ln
Dallas, TX 75209-2803
[Tel.] (214) 228-8792
[Fax] (214) 352-0662
**DEFENDANT PRO SE**

Steve Aubrey

Exhibit  A

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Real Property Management Miami**
8000 NW 31 St., Suite 8
Miami, FL 33122

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas**, and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE**, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before **Friday, October 12, 2018**, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to **MBT@TobolowskyLaw.com.**

---

**WARNING**

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA
SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM
WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH
THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR
BOTH.

---

**SIGNED** this 28th day of September, 2018.


_Stephen C Schoettmer_
_____
**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


**A copy of this Subpoena is also being provided to the following:**

    **DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
    2601 NW 3rd Ave.,
    Wilton Manors, FL 33311

    **DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
    2601 NW 3rd Ave.,
    Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

1. All records associated with the rental of the property located at 2601 NW. 3rd Ave., Wilton Manors, FL 33311 from July 1, 2016 – December 31, 2018, including but not limited to lease agreements, notices, invoices, payment records, money transfers, tenant requests, demands, work orders, complaints, renewals, deposits, credit card transactions, and all other records, documents, and information pertaining to the above property.

2. All records associated with, relating or pertaining in any way to Steven Benton Aubrey (aka Steve Aubrey) (SSN: ███████-7027) (DOB: █████60) from July 1, 2016 – December 31, 2018, including but not limited to lease agreements, notices, invoices, payment records, money transfers, tenant requests, demands, work orders, complaints, renewals, deposits, credit card transactions, and all other records, documents, and information pertaining to the above property.

3. All records associated with, relating or pertaining in any way to Brian Edward Vodicka (aka Brian Vodicka) (SSN: ███████0094) (DOB: ████59) from July 1, 2016 – December 31, 2018, including but not limited to lease agreements, notices, invoices, payment records, money transfers, tenant requests, demands, work orders, complaints, renewals, deposits, credit card transactions, and all other records, documents, and information pertaining to the above property.

Exhibit  B

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Bank of America, N.A.**
c/o CT Corporation System
1999 Bryan St., Suite 900
Dallas, TX 75201

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky,* Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135,** in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before <u>Friday, October 12, 2018</u>, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to <u>MBT@TobolowskyLaw.com</u>.**

| WARNING |
| --- |
| FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH. |

**SIGNED** this 28th day of September, 2018.


_Stephen C Schoettm_

**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

1. All documents and records relating and/or pertaining to one Steven Benton Aubrey (aka Steve Aubrey) (SSN: ████7027) (DOB: ███/60), from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in Bank of America's possession, custody, and/or control which relate or pertain in any way to the above individual.

2. All documents and records relating and/or pertaining to one Brian Edward Vodicka (aka Brian Vodicka) (SSN: ████0094) (DOB: ███/59), from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in Bank of America's possession, custody, and/or control which relate or pertain in any way to the above individual.

# Exhibit  C

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
### COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Paypal Holdings, Inc.**
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas  75201-3136

---

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas**, and styled:

<div align="center">

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

</div>

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE,** you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before **Friday, October 12, 2018,** to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to **MBT@TobolowskyLaw.com.**

> **WARNING**
>
> FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

**SIGNED** this 28th day of September, 2018.


*Stephen C Schoettmer*
_____
**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**EXHIBIT "A"**
**DOCUMENTS / INFORMATION TO BE PRODUCED**

1. All documents and records relating and/or pertaining to one Steven Benton Aubrey (aka Steve Aubrey) (SSN: ███████7027) (DOB: ███/60), from January 1, 2016 through the present, including but not limited to **Paypal** documents and records, **Venmo** documents and records, and **all other** documents and records in the possession, custody, and/or control of Paypal Holdings, Inc., which includes Paypal Holdings Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*

2. All documents and records relating and/or pertaining to one Brian Edward Vodicka (aka Brian Vodicka) (SSN: ███████0094) (DOB: ███59), from January 1, 2016 through the present, including but not limited to **Paypal** documents and records, **Venmo** documents and records, and **all other** documents and records in the possession, custody, and/or control of Paypal Holdings, Inc., which includes Paypal Holdings Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*

3. All documents and records relating and/or pertaining to the phone numbers set forth below, from January 1, 2016 through the present, including but not limited to **Paypal** documents and records, **Venmo** documents and records, and **all other** documents and records in the possession, custody, and/or control of Paypal Holdings, Inc., which includes Paypal Holdings Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*

    a. 512-666-8004;
    b. 512-659-7636;
    c. 512-659-7696;
    d. 512-659-7234;
    e. 512-354-5815;
    f. 512-328-7574;
    g. 512-328-9226
    h. 954-███████
    i. 954-███████
    j. 754-███████
    k. 754-███████

4. All documents and records relating and/or pertaining to the email addresses set forth below, from January 1, 2016 through the present, including but not limited to **Paypal** documents and records, **Venmo** documents and records, and **all other** documents and records in the possession, custody, and/or control of Paypal Holdings, Inc., which includes Paypal Holdings Inc.'s subsidiaries,

parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*



a. ███████@gmail.com
b. ████████gmail.com
c. ███████il.com
d. ███████ail.com
e. ███████.com
f. ████████████
g. ████████████

# Exhibit  D

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Google, LLC**
c/o Corporation Service Company d/b/a CSC –
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218

**YOU ARE HEREBY COMMANDED:**

  **YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209.** Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

  This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas**, and styled:

<div align="center">

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*

**vs.**

**Steven B. Aubrey and Brian E. Vodicka**

</div>

  This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

  <u>IN LIEU OF APPEARANCE</u>**, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before** <u>Friday, October 12, 2018</u>**, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to** <u>MBT@TobolowskyLaw.com</u>**.**

---

**WARNING**

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

---

**SIGNED** this 28th day of September, 2018.


*Stephen C Schoettmer*

**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

    **DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
    2601 NW 3rd Ave.,
    Wilton Manors, FL 33311

    **DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
    2601 NW 3rd Ave.,
    Wilton Manors, FL 33311

**EXHIBIT "A"**
**DOCUMENTS / INFORMATION TO BE PRODUCED**

**A.**     All records associated with Google Voice number **512-666-8004,** for the dates of January 1, 2016 – January 1, 2018, including:

1.     **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.     **Call / Text / Data Detail Records:** All records associated with the identified mobile number **512-666-8004,** also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 to October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text, or data connections.

3.     **Electronically Stored Records:** All records associated with the identified mobile number **512-666-8004,** to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **512-666-8004.**

4.     **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.     **Cell Site List(s):** List of all cell-sites for the period January 1, 2016 to October 1, 2018, for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.     **Subscriber Records:** All information for the following mobile number **512-666-8004**including:

a.  All Subscriber information to include name, tax identification number (social security number of employer identification number).

b.  Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

c.  Credit information obtained or used by the company to grant account status.

d.  All numbers associated with account.

e.  Billing records.

f.  All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).

g.  All authorized users on the associated account.

h.  Activation date and termination date of each device associated with the account and above listed number(s).

i.  Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

j.  Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

k.  All customer service and account notes.

l.  Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **512-666-8004**. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

> **\*\*If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.\*\***

**B.**     All records associated with mobile number ███████████, for the dates of January 1, 2016 – January 1, 2018, including:

1.  **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.  **Call / Text / Data Detail Records:** All records associated with the identified mobile number ███████████ also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 to October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text, or data connections.

3.  **Electronically Stored Records:** All records associated with the identified mobile number ███████████ to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as ███████████

4.  **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.  **Cell Site List(s):** List of all cell-sites for the period January 1, 2016 to October 1, 2018, for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.  **Subscriber Records:** All information for the following mobile number ███████████ including:

    a.  All Subscriber information to include name, tax identification number (social security number of employer identification number).

b. Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.
c. Credit information obtained or used by the company to grant account status.
d. All numbers associated with account.
e. Billing records.
f. All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).
g. All authorized users on the associated account.
h. Activation date and termination date of each device associated with the account and above listed number(s).
i. Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).
j. Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.
k. All customer service and account notes.
l. Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number ██████████ Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

*__If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.__*

C.   All records and content, including but not limited to emails, including attachments, transaction records, stored filed (within Google Drive or otherwise), all location history and records, and other records, content, and information associated with the following gmail accounts:

1.   ██████████gmail.com
2.   ██████████mail.com
3.   ██████████com
4.   ██████████l.com

D.   All subscriber information for the above phone numbers and email addresses.

E.   All billing and payment information for the above phone numbers and email addresses.

# Exhibit  E

## SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Verizon Wireless Telecom, Inc.**
c/o CT Corporation System
1999 Bryan St., Suite 900
Dallas, TX 75201

## YOU ARE HEREBY COMMANDED:

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas**, and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before <u>Friday, October 12, 2018</u>, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to <u>MBT@TobolowskyLaw.com</u>.**

```
┌──────────────────────────────────────────────────────────────┐
│                          WARNING                               │
│                                                                │
│  FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA │
│  SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM │
│  WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH │
│  THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR │
│  BOTH.                                                         │
└──────────────────────────────────────────────────────────────┘
```

**SIGNED** this 28th day of September, 2018.


**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


**A copy of this Subpoena is also being provided to the following:**

> **DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
> 2601 NW 3rd Ave.,
> Wilton Manors, FL 33311

> **DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
> 2601 NW 3rd Ave.,
> Wilton Manors, FL 33311

**EXHIBIT "A"**
**DOCUMENTS / INFORMATION TO BE PRODUCED**

**A.**     All records associated with mobile number **512-659-7636,** for the dates of January 1, 2016 – October 1, 2018, including:

1.     **Specialized Location Records:**  All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.     **Call / Text / Data Detail Records:**  All records associated with the identified mobile number **512-659-7636,** also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 to October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above.  Please preserve all cell-site and sector information related to each call, text, or data connections.

3.     **Electronically Stored Records:**  All records associated with the identified mobile number **512-659-7636,** to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **512-659-7636.**

4.     **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.     **Cell Site List(s):**  List of all cell-sites for the period January 1, 2016 to October 1, 2018, for all state(s) in which the above records used cell locations.  Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.     **Subscriber Records:**  All information for the following mobile number **512-659-7636,** including:

a.  All Subscriber information to include name, tax identification number (social security number of employer identification number).
b.  Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.
c.  Credit information obtained or used by the company to grant account status.
d.  All numbers associated with account.
e.  Billing records.
f.  All payments to include method, date and time of payments, and location (store name, address, and phone number f location where payment(s) were made).
g.  All authorized users on the associated account.
h.  Activation date and termination date of each device associated with the account and above listed number(s).
i.  Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).
j.  Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.
k.  All customer service and account notes.
l.  Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **512-659-7636**. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

***If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.***

**B.** All records associated with mobile number **512-659-7234,** for the dates of January 1, 2016 – October 1, 2018, including:

1. **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records tat may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2. **Call / Text / Data Detail Records:** All records associated with the identified mobile number **512-659-7234,** also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 to October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text, or data connections.

3. **Electronically Stored Records:** All records associated with the identified mobile number **512-659-7234,** to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **512-659-7234.**

4. **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5. **Cell Site List(s):** List of all cell-sites for the period January 1, 2016 to October 1, 2018, for all state(s) in which the above records used cell locations. Cell site record lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6. **Subscriber Records:** All information for the following mobile number **512-659-7234** including:

a. All Subscriber information to include name, tax identification number (social security number of employer identification number).

b.     Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

c.     Credit information obtained or used by the company to grant account status.

d.     All numbers associated with account.

e.     Billing records.

f.     All payments to include method, date and time of payments, and location (store name, address, and phone number f location where payment(s) were made).

g.     All authorized users on the associated account.

h.     Activation date and termination date of each device associated with the account and above listed number(s).

i.     Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

j.     Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

k.     All customer service and account notes.

l.     Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **512-659-7234**. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

***If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.***

# Exhibit  F

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**The Toronto-Dominion Bank**
c/o Corporation Service Company d/b/a CSC –
Lawyers Incorporating Service Company
211 E. 7th Street. Suite 620
Austin, Texas  78701-3218

**YOU ARE HEREBY COMMANDED:**

      **YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209.** Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

      This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky,* Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135,** in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

      This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

      <u>IN LIEU OF APPEARANCE,</u> **you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before <u>Friday, October 12, 2018,</u> to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to <u>MBT@TobolowskyLaw.com.</u>**

> **WARNING**
>
> FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

**SIGNED** this 28th day of September, 2018.


STEPHEN C. SCHOETTMER
Texas Bar No. 17800400


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

1. All documents and records relating and/or pertaining to one <u>Steven Benton Aubrey (aka Steve Aubrey) (SSN: ███7027) (DOB: ███60)</u>, from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in TD Bank's possession, custody, and/or control which relate or pertain in any way to the above individual, including those documents and records in the possession, custody, and/or control of TD Bank's subsidiaries and affiliates, including TD Bank, TD Ameritrade, and all other subsidiaries and affiliates.

2. All documents and records relating and/or pertaining to one <u>Brian Edward Vodicka (aka Brian Vodicka) (SSN: █████████ (DOB: ███59)</u>, from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in TD Bank's possession, custody, and/or control which relate or pertain in any way to the above individual, including those documents and records in the possession, custody, and/or control of TD Bank's subsidiaries and affiliates, including TD Bank, TD Ameritrade, and all other subsidiaries and affiliates.

Exhibit  G

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Square, Inc.**
c/o National Registered Agents, Inc.
1999 Bryan St., Suite 900
Dallas, TX 75201-3136

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209.** Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135,** in which a judgment has been entered by the **14th District Court of Dallas County, Texas**, and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before <u>Friday, October 12, 2018</u>, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to <u>MBT@TobolowskyLaw.com</u>.**

```
WARNING

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA
SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM
WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH
THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR
BOTH.
```

**SIGNED** this 28th day of September, 2018.


**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**EXHIBIT "A"**
**DOCUMENTS / INFORMATION TO BE PRODUCED**

1. All documents and records relating and/or pertaining to one Steven Benton Aubrey (aka Steve Aubrey) (SSN: ███████7027) (DOB: ████/60), from January 1, 2016 through the present, including but not limited to Square, Inc. documents and records, Square Cash / Cash App documents and records, and all other documents and records in the possession, custody, and/or control of Square, Inc., which includes Square Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*

2. All documents and records relating and/or pertaining to one Brian Edward Vodicka (aka Brian Vodicka) (SSN: ███████0094) (DOB: ███/59), from January 1, 2016 through the present, including but not limited to Square, Inc. documents and records, Square Cash / Cash App documents and records, and all other documents and records in the possession, custody, and/or control of Square, Inc., which includes Square Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*

3. All documents and records relating and/or pertaining to the phone numbers set forth below, from January 1, 2016 through the present, including but not limited to Square, Inc. documents and records, Square Cash / Cash App documents and records, and all other documents and records in the possession, custody, and/or control of Square, Inc., which includes Square Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*

   a. 512-666-8004;
   b. 512-659-7636;
   c. 512-659-7696;
   d. 512-659-7234;
   e. 512-354-5815;
   f. 512-328-7574;
   g. 512-328-9226
   h. 954-716-9375;
   i. 954-716-9752;
   j. █████████
   k. █████████

4. All documents and records relating and/or pertaining to the email addresses set forth below, from January 1, 2016 through the present, including but not limited to Square, Inc. documents and records, Square Cash / Cash App documents and records, and all other documents and records in the possession, custody, and/or control of Square, Inc.'s subsidiaries, parents, affiliates, partners, agents, and the like. *This includes, but is not limited to, payment*

*records, deposit records, records of money received, records of money transferred and/or paid, account balance records (daily, weekly, monthly, annually, if compiled with such frequency), location data records, audio recordings, screenshots.*



a. ▮▮▮▮▮▮▮▮gmail.com
b. ▮▮▮▮▮▮▮▮mail.com
c. ▮▮▮▮▮▮▮om
d. ▮▮▮▮▮▮▮com
e. ▮▮▮▮▮▮om
f. ▮▮▮▮▮▮▮▮com
g. ▮▮▮▮▮▮om

# Exhibit  H

## SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**T-Mobile USA, Inc.**
Corporation Service Company d/b/a CSC –
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209.** Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A." If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before <u>Friday, October 12, 2018</u>, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to <u>MBT@TobolowskyLaw.com</u>.**

---

### WARNING

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

---

**SIGNED** this 28th day of September, 2018.


*Stephen C Schoettmer*

**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

**A.**     All records associated with mobile number **954-716-9375,** for the dates of January 1, 2016 – October 1, 2018, including:

1.   **Specialized Location Records:**  All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Event Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.   **Call / Text / Data Detail Records:**  All records associated with the identified mobile number **954-716-9375,** also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 through October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above.  Please preserve all cell-site and sector information related to each call, text, or data connections.

3.   **Electronically Stored Records:**  All records associated with the identified mobile number **954-716-9375,** to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **954-716-9375.**

4.   **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.   **Cell Site List(s):**  List of all cell-sites for the period January 1, 2016 through October 1, 2018, for all state(s) in which the above records used cell locations.  Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.   **Subscriber Records:**  All information for the following mobile number **954-716-9375** including:

a.  All Subscriber information to include name, tax identification number (social security number of employer identification number).

b.  Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

c.  Credit information obtained or used by the company to grant account status.

d.  All numbers associated with account.

e.  Billing records.

.f.  All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).

g.  All authorized users on the associated account.

h.  Activation date and termination date of each device associated with the account and above listed number(s).

i.  Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

j.  Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

k.  All customer service and account notes.

l.  Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **954-716-9375**.  Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

> ***If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.***

Subpoena Duces Tecum                                                                                   4

**B.**     All records associated with mobile number **954-716-9752,** for the dates of January 1, 2016 – October 1, 2018, including:

1.     **Specialized Location Records:**  All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E-9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.     **Call / Text / Data Detail Records:**  All records associated with the identified mobile number **954-716-9752,** also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 through October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above.  Please preserve all cell-site and sector information related to each call, text, or data connections.

3.     **Electronically Stored Records:**  All records associated with the identified mobile number **954-716-9752,** to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **954-716-9752.**

4.     **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.     **Cell Site List(s):**  List of all cell-sites for the period January 1, 2016 through October 1, 2018, for all state(s) in which the above records used cell locations.  Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.     **Subscriber Records:**  All information for the following mobile number **954-716-9752,** including:

a.     All Subscriber information to include name, tax identification number (social security number of employer identification number).

b.     Physical address, mailing addresses, residential addresses, business addresses, e-mail

addresses and any other address information.

c.    Credit information obtained or used by the company to grant account status.

d.    All numbers associated with account.

e.    Billing records.

f.    All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).

g.    All authorized users on the associated account.

h.    Activation date and termination date of each device associated with the account and above listed number(s).

i.    Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

j.    Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

k.    All customer service and account notes.

l.    Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **954-716-9752**.  Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

**\*\*If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.\*\***

**C.**     All records associated with mobile number ▮▮▮▮▮▮ for the dates of January 1, 2016 – October 1, 2018, including:

1.   **Specialized Location Records:**  All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.   **Call / Text / Data Detail Records:**  All records associated with the identified mobile number ▮▮▮▮▮▮ also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 through October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above.  Please preserve all cell-site and sector information related to each call, text, or data connections.

3.   **Electronically Stored Records:**  All records associated with the identified mobile number ▮▮▮▮▮▮ to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as ▮▮▮▮▮▮

4.   **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.   **Cell Site List(s):**  List of all cell-sites for the period January 1, 2016 through October 1, 2018, for all state(s) in which the above records used cell locations.  Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.   **Subscriber Records:**  All information for the following mobile number ▮▮▮▮▮▮ including:

a.   All Subscriber information to include name, tax identification number (social security number of employer identification number).

b.    Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.
c.    Credit information obtained or used by the company to grant account status.
d.    All numbers associated with account.
e.    Billing records.
f.    All payments to include method, date and time of payments, and location (store name, address, and phone number of location where payment(s) were made).
g.    All authorized users on the associated account.
h.    Activation date and termination date of each device associated with the account and above listed number(s).
i.    Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).
j.    Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.
k.    All customer service and account notes.
l.    Any and all number and / or account number changes prior to and after the cell number was activated

Any other records and other evidence relating to phone number ███████████ Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

***If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.***

# Exhibit I

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
### COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**CitiGroup, Inc.**
c/o CT Corporation System
1999 Bryan St., Suite 900
Dallas, TX 75201

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209.** Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky,* Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas**, and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before Friday, October 12, 2018, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to MBT@TobolowskyLaw.com.**

---

**WARNING**

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

---

**SIGNED** this 28th day of September, 2018.

STEPHEN C. SCHOETTMER
Texas Bar No. 17800400

A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

Subpoena Duces Tecum

2

**EXHIBIT "A"**
**DOCUMENTS / INFORMATION TO BE PRODUCED**

1.  All documents and records relating and/or pertaining to one <u>Steven Benton Aubrey (aka Steve Aubrey)</u> (SSN: ███7027) (DOB: ███60), from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in CitiGroup's possession, custody, and/or control which relate or pertain in any way to the above individual, including those documents and records in the possession, custody, and/or control of CitiGroup's subsidiaries such as CitiBank.

2.  All documents and records relating and/or pertaining to one <u>Brian Edward Vodicka (aka Brian Vodicka)</u> (SSN: ███0094) (DOB: ██59), from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in CitiBank's possession, custody, and/or control which relate or pertain in any way to the above individual, including those documents and records in the possession, custody, and/or control of CitiGroup's subsidiaries such as CitiBank.

# Exhibit  J

## SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Sprint Spectrum, L.P.**
c/o Corporation Service Company d/b/a CSC –
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135,** in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before** <u>Friday, October 12, 2018,</u> **to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to** <u>MBT@TobolowskyLaw.com.</u>

+-----------------------------------------------------------------------+
| **WARNING**                                                           |
|                                                                       |
| **FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA    |
| SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM     |
| WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH|
| THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR |
| BOTH.**                                                               |
+-----------------------------------------------------------------------+

**SIGNED** this 28th day of September, 2018.

*Stephen C Schoettmer*

STEPHEN C. SCHOETTMER
**Texas Bar No. 17800400**

**A copy of this Subpoena is also being provided to the following:**

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

1. All records associated with mobile number **512-659-7696,** for the dates of January 1, 2016 – October 1, 2018, including:

   a. **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

   b. **Call / Text / Data Detail Records:** All records associated with the identified mobile number **512-659-7696,** also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 through October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text, or data connections.

   c. **Electronically Stored Records:** All records associated with the identified mobile number **512-659-7696,** to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **512-659-7696.**

   d. **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

   e. **Cell Site List(s):** List of all cell-sites for the period January 1, 2016 through October 1, 2018, for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

   f. **Subscriber Records:** All information for the following mobile number **512-659-7696,** including:

    i.  All Subscriber information to include name, tax identification number (social security number of employer identification number).

    ii.  Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

    iii.  Credit information obtained or used by the company to grant account status.

    iv.  All numbers associated with account.

    v.  Billing records.

    vi.  All payments to include method, date and time of payments, and location (store name, address, and phone number f location where payment(s) were made).

    vii.  All authorized users on the associated account.

    viii.  Activation date and termination date of each device associated with the account and above listed number(s).

    ix.  Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

    x.  Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

    xi.  All customer service and account notes.

    xii.  Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **512-659-7696**. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

    ***If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.***

# Exhibit  K

# SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Capital One, N.A.**
Corporation Service Company d/b/a CSC –
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209.** Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135,** in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

**IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before Friday, October 12, 2018, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to MBT@TobolowskyLaw.com.**

```
                              WARNING

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA
SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM
WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH
THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR
BOTH.
```

**SIGNED** this 28th day of September, 2018.


**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

1.  All documents and records relating and/or pertaining to one <u>Steven Benton Aubrey (aka Steve Aubrey) (SSN: ▮▮▮7027) (DOB: ▮▮/60)</u>, from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in Capital One's possession, custody, and/or control which relate or pertain in any way to the above individual.

2.  All documents and records relating and/or pertaining to one <u>Brian Edward Vodicka (aka Brian Vodicka) (SSN: ▮▮▮0094) (DOB: ▮▮/59)</u>, from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in Capital One's possession, custody, and/or control which relate or pertain in any way to the above individual.

# Exhibit  L

# SUBPOENA DUCES TECUM

## THE STATE OF TEXAS
### COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Citibank, N.A.**
c/o Legal Services Intake Unit
701 E. 60th Street N.
Mail Code 1251
Sioux Falls, SD 57117

**YOU ARE HEREBY COMMANDED:**

**YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **Wednesday, October 24, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*. Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135,** in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205. **I am seeking records on a Citibank account. Your case No. is 8-108815.**

**IN LIEU OF APPEARANCE,** you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before **Friday, October 12, 2018,** to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to **MBT@TobolowskyLaw.com.**

<div style="border:2px solid black; padding:10px;">

WARNING

FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

</div>

SIGNED this _5th_ day of October, 2018.


_Stephen C Schoettmer_
**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

   **DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
   2601 NW 3rd Ave.,
   Wilton Manors, FL 33311

   **DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
   2601 NW 3rd Ave.,
   Wilton Manors, FL 33311

## EXHIBIT "A"
## DOCUMENTS / INFORMATION TO BE PRODUCED

1. All documents and records relating and/or pertaining to one Steven Benton Aubrey (aka Steve Aubrey) (SSN: ████027) (DOB: █████, from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in Citibank's possession, custody, and/or control which relate or pertain in any way to the above individual, including those documents and records in the possession, custody, and/or control of Citibank or any subsidiaries.

2. All documents and records relating and/or pertaining to one Brian Edward Vodicka (aka Brian Vodicka) (SSN: ████0094) (DOB: █████ from January 1, 2016 through the present, including but not limited to monthly account statements, deposit records, withdrawal records, transfer records, transfer requests, audio recordings, ATM records, credit card records, debit card records, savings account records, checking account records, CD and investment account records, equity trading account records, and any other records in CitiBank's possession, custody, and/or control which relate or pertain in any way to the above individual, including those documents and records in the possession, custody, and/or control of Citibank or any subsidiaries.

# Exhibit  M

## SUBPOENA DUCES TECUM
## THE STATE OF TEXAS
## COUNTY OF DALLAS

**THE STATE OF TEXAS SENDS GREETINGS TO:**

Custodian of Records for
**Sprint Spectrum, L.P.**
c/o Corporation Service Company d/b/a CSC –
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas  78701-3218

---

**YOU ARE HEREBY COMMANDED:**

    **YOU ARE HEREBY COMMANDED,** that all and singular, business and excuses being set aside, you attend and appear and produce for inspection and copying on **November 7, 2018, at 10:00 a.m., at the Law Offices of Tobolowsky P.C., 4305 West Lovers Lane, Dallas, Texas 75209**. Your attendance is required to produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A"** attached hereto and incorporated herein by reference.  You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend and/or fail to provide those documents set forth in Exhibit "A," you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

    This subpoena is issued at the instance of **Stephen C. Schoettmer, attorney for the Plaintiff Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*, Texas Bar No. 17800400, in that Certain Cause No. **DC-15-08135**, in which a judgment has been entered by the **14th District Court of Dallas County, Texas,** and styled:

**Michael Tobolowsky,** *executor of the Estate of Ira E. Tobolowsky*
**vs.**
**Steven B. Aubrey and Brian E. Vodicka**

    This subpoena, and the notice thereof, are issued pursuant to Texas Rules of Civil Procedure 621a and 205.

    **IN LIEU OF APPEARANCE, you are permitted to provide a copy of the documentation requested in this Subpoena Duces Tecum together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before <u>Friday, October 26, 2018</u>, to Michael Tobolowsky at 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to <u>MBT@TobolowskyLaw.com</u>.**

> **WARNING**
>
> FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH.

**SIGNED** this 9th day of October, 2018.


_Stephen C Schoettmer_
_____
**STEPHEN C. SCHOETTMER**
**Texas Bar No. 17800400**


A copy of this Subpoena is also being provided to the following:

**DEFENDANT / JUDGMENT DEBTOR STEVEN B. AUBREY**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**DEFENDANT / JUDGMENT DEBTOR BRIAN E. VODICKA**
2601 NW 3rd Ave.,
Wilton Manors, FL 33311

**EXHIBIT "A"**
**DOCUMENTS / INFORMATION TO BE PRODUCED**

**A.**     All records associated with mobile number **512-659-7636,** for the dates of January 1, 2016 – October 1, 2018, including:

      1.    **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records that may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records, E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

      2.    **Call / Text / Data Detail Records:** All records associated with the identified mobile number **512-659-7636**, also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 to October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text, or data connections.

      3.    **Electronically Stored Records:** All records associated with the identified mobile number **512-659-7636**, to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **512-659-7636**.

      4.    **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

      5.    **Cell Site List(s):** List of all cell-sites for the period January 1, 2016 to October 1, 2018, for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

      6.    **Subscriber Records:** All information for the following mobile number **512-659-7636,** including:

a.   All Subscriber information to include name, tax identification number (social security number of employer identification number).

b.   Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

c.   Credit information obtained or used by the company to grant account status.

d.   All numbers associated with account.

e.   Billing records.

f.   All payments to include method, date and time of payments, and location (store name, address, and phone number f location where payment(s) were made).

g.   All authorized users on the associated account.

h.   Activation date and termination date of each device associated with the account and above listed number(s).

i.   Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

j.   Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

k.   All customer service and account notes.

l.   Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **512-659-7636**.  Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

> **\*\*If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.\*\***

B.      All records associated with mobile number **512-659-7234**, for the dates of January 1, 2016 – October 1, 2018, including:

1.      **Specialized Location Records:** All call, text and data connection location information, related to all specialized carrier records tat may be referred to as NELOS (Network Eve3nt Location System), RTT (Real Time Tool), PCMD (Per Call Measurement Data), TDOA or Timing Advance Information (also known as TrueCall), Mediation Records. E9-1-1, and/or historical GPS/Mobile Locate Information which shows GPS location (longitude and latitude) and Cell-Site and sector of the device in relationship to the network when connected to the network for the above referenced number.

2.      **Call / Text / Data Detail Records:** All records associated with the identified mobile number **512-659-7234**, also to include all numbers that communicate with this listed number relating to all delivered and undelivered inbound and outbound calls, text messages, and text message content to any of the above listed numbers, all voice mail and all data connections from January 1, 2016 to October 1, 2018, and to include Cell-site and sector, date, time, direction, duration, number called or text to and/or received from, and bytes up/down, information related to each call, text or data connection, all text message content, and voicemails, as well as Call to Destination / Dialed Digits search for all numbers listed above. Please preserve all cell-site and sector information related to each call, text, or data connections.

3.      **Electronically Stored Records:** All records associated with the identified mobile number **512-659-7234**, to include all stored communication or files, including voice mail, text messages, including numbers text to and received from and all related content, e-mail, digital images (e.g., pictures), contact lists, video calling, web activity (name of web site or application visited or accessed), domain accessed, data connections (to include Internet Service Providers (ISPs), Internet protocol (IP) addresses, (IP) Session data, (IP) Designation Data, bookmarks, data sessions, name of web sites and/or applications accessed), date and time when all web sites, applications, and/or third party applications were accessed and the duration of each web site, application, and/or third party application was accessed, and any other files including all cell site and sector information associated with each connection and/or record associated with the cell number identified as **512-659-7234**.

4.      **Carrier Key** related to call detail, text messages, data connections, IP logs, IP Sessions, web site and/or application connections, and cell site information.

5.      **Cell Site List(s):** List of all cell-sites for the period January 1, 2016 to October 1, 2018, for all state(s) in which the above records used cell locations. Cell site lists to include switch, cell-site number, name, physical address, longitude and latitude, all sectors associated with each cell-site, azimuth, and beam-width of each related sector.

6.      **Subscriber Records:** All information for the following mobile number **512-659-7234** including:

a. All Subscriber information to include name, tax identification number (social security number of employer identification number).

b. Physical address, mailing addresses, residential addresses, business addresses, e-mail addresses and any other address information.

c. Credit information obtained or used by the company to grant account status.

d. All numbers associated with account.

e. Billing records.

f. All payments to include method, date and time of payments, and location (store name, address, and phone number f location where payment(s) were made).

g. All authorized users on the associated account.

h. Activation date and termination date of each device associated with the account and above listed number(s).

i. Types of service subscriber utilized (e.g., A-list, AT&T Messages, friends and family).

j. Make, model, serial number, IMEI, ESN, MEID and MAC address associated with the above listed numbers including any and all equipment or sim card changes for the life of the account.

k. All customer service and account notes.

l. Any and all number and / or account number changes prior to and after the cell number was activated.

Any other records and other evidence relating to phone number **512-659-7234**. Such records and other evidence include correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

> ***If the number above is not associated with a subscriber on your network you are ordered to process this request as a "Call and Text to Destination" search that is to include all calls, text, text message content, voicemails, and cell-site and sector information related to each call or text.***

# Exhibit  N

CAUSE NO. DC-15-08135

| | |
|---|---|
| **MICHAEL B. TOBOLOWSKY,** *EXECUTOR OF THE ESTATE OF IRA E. TOBOLOWSKY,* | **IN THE DISTRICT COURT** |
| Plaintiff, | |
| **vs.** | **14TH JUDICIAL DISTRICT** |
| **BRIAN E. VODICKA, and STEVEN B. AUBREY,** | |
| Defendants. | **DALLAS COUNTY, TEXAS** |

## NOTICE OF SUBPOENA
## REQUIRING PRODUCTION OF DOCUMENTS / INFORMATION

**TO:   ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on the 30th day of January, 2017, at the hour of 9:00 a.m. CST, at the offices of Stephen C. Schoettmer, 4305 West Lovers Lane, Dallas, Texas 75209, a **CUSTODIAN OF RECORDS FOR JP MORGAN CHASE BANK, N.A.,** shall appear and attend and must produce and permit inspection [and copying] of the documents and information identified in **Exhibit "A,"** attached hereto and incorporated herein by reference. You must bring with you at the time of your appearance any and all items set forth in Exhibit "A". If you fail to attend, you will be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear.

This Notice is issued pursuant to Rule 205 of the Texas Rules of Civil Procedure and the Subpoena Requiring the Production of Documents / Information, which will be served no sooner than ten (10) days following service of this Notice. A courtesy copy of the Subpoena, however, is provided contemporaneously herewith.

**IN LIEU OF APPEARANCE**, you are permitted to provide a copy of the documentation/information requested in Exhibit "A" attached hereto, together with a signed and notarized Certificate of Custodian of Records, provided herewith, on or before **Friday, January 27, 2017**, to attorney Stephen C. Schoettmer at the Law Offices of Stephen C. Schoettmer, 4305 West Lovers Lane, Dallas, Texas 75209; Fax 214-352-0662; or via email to steve.schoettmer1@gmail.com and MBT@TobolowskyLaw.com.

Respectfully submitted,

Stephen C. Schoettmer
Texas Bar No. 17800400

LAW OFFICES OF STEPHEN C. SCHOETTMER
4305 West Lovers Lane
Dallas, Texas 75209
214-352-0440 (Telephone)
214-352-0662 (Facsimile)

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Civil Procedure, the undersigned hereby certifies that a copy of the foregoing document was served by way of first-class mail on this the 12th day of January 2017, on the following:

**JP MORGAN CHASE BANK, N.A.,**
**c/o CT CORPORATION SYSTEM,**
1999 Bryan Street, Suite 900,
Dallas, Texas 75201-3136.

**STEVEN B. AUBREY,** *pro se,*
7777 Glen America Dr.,
Dallas, Texas 75225.

**BRIAN E. VODICKA,** *pro se,*
7777 Glen America Dr.,
Dallas, Texas 75225.

STEPHEN C. SCHOETTMER

**EXHIBIT "A"**

<u>RELEVANT FACTS TO AID IN LOCATING THE DOCUMENTS / INFORMATION</u>:

1. Alexandra Krot, a non-resident of the State of Texas, visited the Dallas Fort Worth Metroplex sometime between **May 18, 2016 and May 21, 2016;**

2. While in Texas, Ms. Alexandra Krot made one (1) or two (2) deposits at a Chase Bank branch.

     a. Upon information and belief, the deposits were made at a Chase Bank branch located in Grapevine, Texas.

<u>DOCUMENTS / INFORMATION TO BE PRODUCED</u>

1. Information and/or documentation sufficient to identify all JP Morgan Chase Bank account(s) in which one Alexandra Krot (<u>DOB</u> – ▇▇▇ 1941) (<u>SSN</u>: XXX-XX-0543[1]) is authorized to either withdraw monies out of or deposit monies into.

     a. **Names** of all individuals who have <u>ever</u> been permitted to either withdraw monies out of or deposit monies into each such account.

2. Information and/or documentation sufficient to identify all JP Morgan Chase Bank account(s) in which one Alexandra Krot (<u>DOB</u> – ▇▇▇ 1941) (<u>SSN</u>: XXX-XX-0543) made a deposit into between **May 18, 2016 and May 21, 2016.** Your response should include the following:

     a. **Names** of all individuals who have <u>ever</u> been permitted to either withdraw monies out of or deposit monies into each such account;
     b. **Amount** of each deposit;
     c. **Time and date** of each deposit; and
     d. **Form** of each deposit (e.g., cash, check, money order, etc.)

---

[1] If a nine-digit social security number is necessary to complete the requested document/information search, please contact attorney Stephen C. Schoettmer and the initial 5 digits will be provided.

# Exhibit  O

FILED
DALLAS COUNTY
5/9/2017 3:49:44 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood

CAUSE NO. DC-17-05504 _____

| | |
|---|---|
| **MICHAEL B. TOBOLOWSKY, in his capacity as Executor of the Estate of Ira E. Tobolowsky,** | **IN THE DISTRICT COURT** |
| Petitioners, | |
| vs. | **DALLAS COUNTY, TEXAS** |
| **THOMAS AUBREY; and ALEXANDRA KROT,** | |
| Respondents. | _____ **DISTRICT COURT** |

## TEXAS RULE OF CIVIL PROCEDURE 202 PETITION OF PETITIONER MICHAEL B. TOBOLOWSKY, EXECUTOR OF THE ESTATE OF IRA E. TOBOLOWSKY

COMES NOW, Petitioner Michael B. Tobolowsky, in his capacity as Executor of the Estate of Ira E. Tobolowsky ("Petitioner"), and pursuant to Tex. R. Civ. P. 202, asks the Court to issue a subpoena duces tecum, requiring the production of documents by, and the oral depositions of, Respondents Thomas Aubrey and Alexandra Krot (collectively, "Respondents") for the purposes of investigating potential wrongful death claims. In support of his request, Petitioner would respectfully show the Court as follows:

### I.
### PARTIES

1.    Petitioner Michael B. Tobolowsky, in his capacity as Executor of the Estate of Ira E. Tobolowsky ("Petitioner") is a resident of Dallas County, Texas.

2.    Respondent Thomas Aubrey ("Respondent Aubrey") is a resident of Dallas,

Texas, and pursuant to Texas Rule of Civil Procedure 202.3(a), Respondent Aubrey will be served with a copy of this Petition and notice of the corresponding hearing via personal service in accordance with Rule 21a, T.R.C.P., at his residence, located at:

Thomas Aubrey
████████████████
Dallas, Texas 75206

3.       Respondent Alexandra Krot ("Respondent Krot") is a resident of Orange County, Florida, and pursuant to Texas Rule of Civil Procedure 202.3(a), Respondent Krot will be served with a copy of this Petition and notice of the corresponding hearing via personal service in accordance with Rule 21a, T.R.C.P., at her residence, located at:

Alexandra Krot
████████████████
Winter Park, Florida 32789

## II.
## FACTS

4.       On Friday, May 13, 2016, Ira E. Tobolowsky was set on fire and burned alive in his garage in Dallas County.  And to date, no suspects have been arrested or charged with the capital murder of Ira E. Tobolowsky.

5.       Immediately following the capital murder, media outlets across the county began reporting on the heinous crime and that same day, two possible suspects were identified— Steven B. Aubrey ("SA") and Brian E. Vodicka ("BV").  The Dallas Police Department ("DPD") attempted to contact SA and BV, both via telephone and by showing up at their apartment, but was unable to get in touch with either SA or BV.  Despite SA and BV acknowledging, on multiple occasions, that they were readily aware of such news

coverage as it was published, and despite multiple attempts by the Dallas Police Department ("DPD") to contact and/or speak with SA and BV about Ira Tobolowsky's murder, SA and BV nevertheless hid and dodged authorities until they were located on May 19, 2016, exiting a second apartment rented under SA's name.

6.     Due to the manner in which Ira E. Tobolowsky was murdered, the days following May 13, 2016, could be even more crucial than would ordinarily be the case in a capital murder investigation.

7.     Prior to SA and BV being located on May 19, 2016, SA and BV had a friend visit them in Dallas — Alexandra Krot.  Respondent Alexandra Krot, SA, and BV, spent nearly two (2) days together during the six (6) days in which authorities were searching for but couldn't find SA and BV.  Alexandra Krot has refused to speak to authorities, or alternatively, has refused to return their multiple phone calls to her, leaving Petitioner without information necessary to, in good faith, form a potential lawsuit for the wrongful death of Ira E. Tobolowsky.  Further, since May 13, 2016, Respondent Alexandra Krot has continued to communicate with SA and BV on a regular basis.  And upon information and belief, many of such interactions and communications have pertained directly to Ira E. Tobolowsky, his capital murder, and/or the investigation thereof.  Finally, upon information and belief, Respondent Alexandra Krot is the only individual who saw SA and/or BV, face-to-face, prior to May 19, 2016.

8.     Besides Respondent Alexandra Krot, Respondent Thomas Aubrey is the only other individual Petitioner is aware of who maintains a relationship and communications with his brother, SA, as well as BV.

TEX. R. CIV. P. 202 PETITION
PAGE 3

9.      Respondent Aubrey communicated with SA and/or BV immediately following the capital murder of Ira E. Tobolowsky, and Respondent Aubrey has continued communicating with SA and BV since May 13, 2016, on a normal / regular basis. Petitioner believes—with good reason—that discussions pertaining to Ira E. Tobolowsky, his capital murder, and the investigation thereof have taken place between Respondent Aubrey and SA and/or BV.

10.      As a result of the above, Petitioner has strong reasons to believe, and evidence to support, that Respondents Aubrey and Krot are the only individuals who possess the valuable knowledge, information, and relevant materials to enable Petitioner to investigate his potential claims against Steven B. Aubrey and Brian E. Vodicka for the wrongful death of Ira E. Tobolowsky.

### IV.
### REQUEST FOR ISSUANCE OF A SUBPOENA

11.      Pursuant to Texas Rule of Civil Procedure 202.2(d)(2), Petitioner is seeking such testimony, records and information for the purpose of investigating Petitioner's potential claim(s) for the wrongful death of Ira E. Tobolowsky.

12.      Petitioner seeks to obtain, through issuance of at least two (2) subpoenas by this Court, the oral depositions of each Respondent, as well as the production of Respondents' text messages, emails, and written/typed letters to, from, about, and/or referencing either Steven B. Aubrey and/or Brian E. Vodicka, as well as Respondents' cell phone call logs.  Petitioner seeks all of the above that fall in the relevant time period of May 1, 2016 – to the present.

13.    Petitioner is requesting that this Court issue a subpoena, requiring Respondent Tom Aubrey:

    a.    Appear and testify at an oral deposition;

    b.    Produce to Petitioner any and all of the following items that are either to, from, about, and/or referencing Steven B. Aubrey and/or Brian E. Vodicka and that are within the time period of May 1, 2016 – the present:

        i.    Text messages;

        ii.    Emails; and

        iii.    Letters or other correspondence / communications.

    c.    Produce to Petitioner his cell phone call logs from May 1, 2016 – the present.

14.    Petitioner is also requesting that this Court issue a second, identical subpoena, requiring Respondent Alexandra Krot to:

    a.    Appear and testify at an oral deposition;

    b.    Produce to Petitioner any and all of the following items that are either to, from, about, and/or referencing Steven B. Aubrey and/or Brian E. Vodicka and that are within the time period of May 1, 2016 – the present:

        i.    Text messages;

        ii.    Emails; and

        iii.    Letters or other correspondence / communications.

    c.    Produce to Petitioner her cell phone call logs from May 1, 2016 – the present.

15.     Further, Petitioner would request that the subpoena require the above records, documents, and information be produced to Petitioner at Petitioner's law office, located at 4305 W. Lovers Lane, Dallas, Dallas County, TX 75209.

<div align="center">

**IV.**
**INFORMATION EXPECTED**

</div>

16.     Petitioner expects to learn the following from the requested subpoenas:

    a.     the "plan" to commit the capital murder / wrongful death of Ira E. Tobolowsky;

    b.     the series of events that occurred on May 13, 2016, which resulted in the capital murder / wrongful death of Ira E. Tobolowsky;

    c.     the identity of the individual(s) who murdered / caused the wrongful death of Ira E. Tobolowsky;

    d.     the identity of the individual(s) who acted or served as accessories, accomplices, and/or who otherwise participated in the capital murder / wrongful death of Ira E. Tobolowsky;

    e.     information pertaining to the destruction or hiding of evidence relevant to the capital murder / wrongful death of Ira E. Tobolowsky; and

    f.     other relevant information pertaining to the capital murder / wrongful death of Ira E. Tobolowsky.

17.     Petitioner needs the above information from both Respondents because:

    a.     Petitioner is attempting to investigate his potential claims for the wrongful death of Ira E. Tobolowsky and is unable to do so without the information requested above; and further,

    b.     Petitioner is unable to obtain such information without the issuance of valid subpoenas by this Court.

## IV.
## HEARING

18.     After service of this Verified Rule 202 Petition and Notice of the same, Rule

202.3(a) requires that the Court hold a hearing on the Petition and to enter appropriate

orders at or following such hearing.

## PRAYER

WHEREFORE PREMISES CONSIDERED, For the reasons set forth above, Petitioner

respectfully asks the Court to set this Verified Rule 202 Petition for hearing and, after the

hearing, to issue subpoenas requiring Thomas Aubrey and Alexandra Krot to (a) appear for

and testify at an oral deposition, and (b) produce and disclose the other information

requested herein.


Respectfully submitted,


Michael B. Tobolowsky
Texas Bar No. 24088539
MBT@TobolowskyLaw.com

**TOBOLOWSKY P.C.**
4305 W. Lovers Lane
Dallas, Texas 75209
214-352-0440 (Telephone)
214-352-0662 (Facsimile)

*PRO SE*


TEX. R. CIV. P. 202 PETITION
PAGE 7

# Exhibit  P



FEDERAL TRADE COMMISSION

# Identity Theft Report

**FTC Report Number:**
82883287

---

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

Steven Benton Aubrey
2601 NW 3rd Ave
Wilton Manors, FL 33311

512-666-8004

███████gmail.com

## Personal Statement

On June 10, 2017, I received a call from the Fraud Dept. of Citibank regarding my credit card account. Captured on tape recording, Stephen Schoettmer was impersonating me and was criminally using my Personal Identification Information (including my stolen social security number) to fraudulently gain access to my account. Stephen Schoettmer committed this felony offense and violated Florida Statute 817.568(2)(a), three times on this single day. This was only the beginning. In addition to the above three offenses, I have learned from the Citibank Fraud Department that Schoettmer's criminal acts and harassment against me have continued and I was forced to close my American Express account. Due to Schoettmer's perpetual criminal offenses that target my financial accounts and me, I have been forced to close my personal checking account with TD Bank. Additionally and most recent, on July 4, 2017, I was forced to close my MasterCard account because of Schoettmer's continuous attacks.

## Accounts Affected by the Crime

| Fraudulent Charges to My Credit Card | |
|---|---|
| **Company or Organization:** | Citibank Financial Services |
| **Account Number:** | ███████████ |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 7 / 2017 | $ 0 |

| Fraudulent Charges to My Credit Card | |
|---|---|
| **Company or Organization:** | Cititbank Financial Services |
| **Account Number:** | ████████████ |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 7 / 2017 | $ 0 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | No, not at this time |
|---|---|

## Suspect Information

| Name | Stephen Charles Schoettmer |
|---|---|
| **Contact Information** | **Address:** 5445 Caruth Haven Lane, Apt 1825, Dallas, TX 75225 USA<br>**Phone Number:** 214-228-8792<br>**Email Address:** steve.schoettmer1@gmail.com |
| **Relationship** | Other |
| **Additional Details** | Work Address: 4305 West Lovers Lane, Dallas, Texas 75209 |

**Under penalty of perjury, I swear to the best of my knowledge this information is true and correct.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Steven Benton Aubrey

Date 7/5/17