IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| STEVEN BENTON AUBREY, and § | |
| BRIAN EDWARD VODICKA § | |
|     **Plaintiffs,** § | |
| § | |
| v. § | CIVIL ACTION NO. 0:18-CV-61117 |
| § | |
| D MAGAZINE PARTNERS et al., § | |
|     **Defendants.** § | |

### DISTRICT JUDGE ERIC MOYÉ'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE BETH BLOOM:**

Judge Eric Vaughn Moyé, 14th Judicial District Court Judge for Dallas County files the following Response to Plaintiffs' Motion for Leave to File First Amended Complaint.

Judge Moyé had pending before this federal district court, a motion to dismiss this case based on the absence of *in personam* and subject-matter jurisdiction, Eleventh Amendment and Judicial Immunity and failure to state a claim pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6). (ECF 35). The Complaint's claims against Judge Moyé are not warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law within the meaning of Rule 11(b)(2), Fed. R. Civ. Proc. The First Amended Complaint, as to Judge Moyé's, is a repetition of these meritless claims is futile and should not be permitted to be filed. *McGee v. Citi Mortgage, Incorporated,* 680 Fed. App'x. 287, 291 (5th Cir. 2017):

> "Whether leave to amend should be granted is entrusted to the sound discretion of the district court, and that court's ruling is reversible only for an abuse of discretion." Wimm v. Jack Eckerd Corp., 3 F.3d 137, 139 (5th Cir. 1993). The district court may deny leave to amend if the amendment would be futile because "the amended complaint would fail to state a claim upon which relief could be granted."
> A district court may deny a motion to amend a complaint as futile if the amended complaint

would not survive a motion to dismiss. *Hettinga v. United States,* 677 F.3d 471, 480 (D.C. Cir.

2012). "Futility justifies the denial of leave to amend where the complaint, as amended, would still be subject to dismissal." *Patel v. Georgia Dept. BHDD,* 485 Fed. App'x. 982 (11th Cir. 2012).

Comparison of the Complaint with the claims made against Judge Moyé in the First Amended Complaint's show that they are both subject to dismissal on the basis of lack of in personam and subject matter jurisdiction as well as judicial immunity, as already fully briefed in his pending Motion to Dismiss and his Reply to Plaintiffs' Response to his Motion to Dismiss.

**Claims in the Complaint as to Judge Moyé**

The Original Complaint, ECF 1, states at ¶95, 193, 194:

95…with the allegations which have been made related to Mr. Aubrey and his implication in the death of Mr. Tobolowsky and related issues, I don't think that is unreasonable for a judge other than myself to hear this case.

193. On May 18, 2016, the final act of Moye's drama took place in open court.

194. Moye, acting under color of law, before a circus parade of local television broadcast station responders and camera crews, shockingly said:

"I think at this point with the allegations which have been made related to Mr. Aubrey and his implication in the death of Mr. Tobolowsky..."

**Claims in the First Amended Complaint, ECF 106, ¶ 75, as to Judge Moyé**

75…Moye assembled the media circus in his courtroom and during a hearing, he accused Aubrey for the murder of Ira Tobolowsky, though authorities had not yet determined if Ira Tobolowsky's death was criminal or an accident. Acting under color of law, Moye said:

". . .with the allegations which have been made related to Mr. Aubrey and his implication in the death of Mr. Tobolowsky and related issues, I don't think that it is unreasonable for a judge other than myself to hear this case."

Judge Moyé's pending motion to dismiss on file pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6) (ECF 35) is based on the absence of in personam and subject-matter jurisdiction, Eleventh Amendment and Judicial Immunity and failure to state a claim, which sets out in detail why this Court lacks jurisdiction to proceed. Additionally, even if the Court had jurisdiction, Plaintiffs' suit is barred by judicial immunity. Permitting the filing of an amended complaint, which asserts a claim which, "…as amended, would still be subject to dismissal.", justifies the

denial of leave to amend on the basis of futility. *Patel v. Georgia Dept. BHDD*, 485 Fed. App'x. 982 (11th Cir. 2012).

Accordingly, Plaintiffs' Motion for Leave to File First Amended Complaint (ECF 106), should be denied.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Demetri Anastasiadis
Demetri Anastasiadis, Assistant Attorney General
Texas State Bar No. 01164480
demetri.anastasiadis@oag.texas.gov
Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9374

/s/ Tiernan Cole
Tiernan Cole, Assistant Attorney General
State Bar No. 87228
Tiernan.Cole@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL OF FLORIDA
110 SE 6th St., Fl 10
Fort Lauderdale, FL 33301-5001
(954) 712-4600 (954) 527-370X

**ATTORNEYS FOR DEFENDANT
JUDGE ERIC VAUGHN MOYÉ**

## NOTICE OF ELECTRONIC FILING

I, Tiernan Cole, Assistant Attorney General of Florida, certify that I have electronically submitted for filing, a copy of the above, in accordance with the Electronic Case Files System of the Southern District of Florida, on this the 24th day of October 2018.

/s/ Tiernan Cole
Tiernan Cole
Assistant Attorney General of Florida

## CERTIFICATE OF SERVICE

I, Demetri Anastasiadis Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the Defendant Eric Moyé's Response to Plaintiffs' Motion for Leave to File First Amended Complaint was served by the Southern District of Florida case electronic filing system, on October 24, 2018, on all counsel or parties of record on the service list.

## SERVICE LIST

**Steven B. Aubrey**    (electronic notice)
2601 NW 3rd Avenue
Wilson Manors, FL 33311
defamationperse@gmail.com
*Plaintiff pro se*

**Brian E. Vodicka**    (electronic notice)
2601 NW 3rd Avenue
Wilson Manors, FL 33311
defamationperse@gmail.com
*Plaintiff pro se*

**Jason P. Bloom**    (electronic notice)
Jason.bloom@haynesboone.com
Thomas J. Williams
Thomas.williams@haynesboone.com
Stephanie Sivinski
Stephanie.sivinski@haynesboone.com
2323 Victory Ave., Suite 700
Dallas, Texas 75219
(214) 651-5000
*Attorney for Defendants Allison Media, Inc. and Jamie L. Thompson*

**Eric Page Hockman**  (electronic notice)
ehockman@wsh-law.com
**Joseph Hyam Serota**
jserota@wsh-law.com
**Richard Bradlee Rosengarten**
rrosengarten@wsh-law.com
Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
(305) 854-0800
*Attorney for Defendants Dallas Police Department and City of Dallas*

**Peter L. Harlan, Assistant District Attorney**     (electronic notice)
pharlan@dallascounty.org
133 N. Riverfront Blvd. 1319
Dallas, Texas 75207
(214) 653-3690
*Attorney for Defendants Melinda C. Urbina,*
*Dallas County Sheriff Department, and Dallas County, Texas*

**Stephen Charles Schoettmer, Esq.**     (electronic notice)
4305 W. Lovers Lane
Dallas, TX 75209
(214) 228-8792
Steve.schoettmer1@gmail.com
*Defendant*

**Dana J. McElroy, Esq.**     (electronic notice)
Thomas & Locicero PL
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
(954) 703-3416
dmcelroy@tlolawfirm.com
*Attorneys For D Magazine Partners, L.P. D/B/A D Magazine;*
*Magazine Limited Partners, L.P.; Allison Media, Inc.; and Jamie L. Thompson*

        /s/ Demetri Anastasiadis
        Demetri Anastasiadis, Assistant Attorney General
        Texas State Bar No. 01164480
        demetri.anastasiadis@oag.texas.gov
        Law Enforcement Defense Division
        OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        P.O. Box 12548
        Austin, Texas 78711-2548
        (512) 463-2080 / Fax (512) 370-9374