UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 18-cv-61117-BLOOM/Valle

STEVEN BENTON AUBREY, and
BRIAN EDWARD VODICKA,

    *Plaintiffs,*

v.

D MAGAZINE PARTNERS, L.P. d/b/a
D MAGAZINE; MAGAZINE
LIMITED PARTNERS, L.P.; ALLISON
MEDIA, INC.; JAMIE L. THOMPSON;
ROBERT L. ERMATINGER, JR.;
SCOTT ROBERT SAYERS; STEPHEN
CHARLES SCHOETTMER; ERIC
VAUGHN MOYE; DALLAS POLICE
DEPARTMENT; CITY OF DALLAS;
MELINDA CHRISTINE URBINA;
DALLAS COUNTY SHERIFF'S
DEPT.; DALLAS COUNTY, TEXAS;
and DOES 1-10, all whose true names
are unknown,

    *Defendants.*
_____/

FILED BY �incoherent D.C.

OCT 24 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PLAINTIFFS' REQUEST FOR UNNECESSARY EXPENSES INCURRED BY DEFENDANT ERIC VAUGHN MOYE'S FAILURE TO WAIVE SERVICE OF SUMMONS

Plaintiffs Steven B. Aubrey ("Aubrey") and Brian E. Vodicka ("Vodicka"), (collectively, "Plaintiffs"), request the unnecessary expenses incurred when Defendant Eric Vaughn Moye ("Moye") failed to waive service of summons, pursuant to Federal Rule of Civil Procedure 4(d)(2) as follows:

On June 8, 2018, Plaintiffs tendered, via email, a request that Defendant Moye waive service of a summons for this case. The email was delivered to Moye's court coordinator, Bonnie Rivera and to his attorney, Demetri Anastasiadis in compliance with Federal Rule of Civil Procedure 4(d)(1). *See* email attached as **Exhibit A**.

The email included a copy of a notice dated June 8, 2018, attached as **Exhibit B**, two (2) copies of the waiver form, and a copy of the Original Complaint. Pursuant to Rule 4(d)(1), the notice included information regarding consequences of waiving and not waiving service. As stated in the notice, Plaintiffs forwarded a stamped self-addresses envelope in case Moye preferred to return a hard copy of the waiver.

While the notice stated that Plaintiffs were required to give Moye at least 30 days to sign and return the waiver, Plaintiffs did not indicate that 30 days would be the deadline so they followed up with an additional email, attached as **Exhibit C**, to clarify the 30 day deadline.

Of the thirteen (13) defendants, Moye was one of two defendants who chose to be served the summons, incurring unnecessary expense in this case. Pursuant to Federal Rule of Civil Procedure 4(d)(2), Moye must cover those expenses. Rule 4(d)(2) stipulates:

> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant: (A) the expenses later incurred in making service; and (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Because Moye would not waive service, unnecessary expenses were incurred including $80.00 to hire a constable to serve the summons and complaint on Moye and $10.65 postage to deliver by mail the summons and complaint to the constable. *See* copies of the money order for the constable and the USPS receipt, attached as **Exhibit D**.

Defendant Moye should be required to reimburse Plaintiffs expenses of $90.65.

2

Respectfully submitted,

By: _____
Steven Aubrey, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (512) 666-8004
defamationperse@gmail.com

By: _____
Brian Vodicka, Pro Se
2601 NW 3rd Ave
Wilton Manors, FL 33311
Telephone: (954) 716-9375
defamationperse@gmail.com

## CERTIFICATE OF SERVICE

     I CERTIFY that on October 24, 2018, I filed the foregoing document with the Clerk of the Court and trust that the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing. Therefore, the undersigned upon information and belief certifies that all counsel or parties of record will receive a copy of these papers.

***Via Facsimile***
Stephen C. Schoettmer
4305 W Lovers Ln
Dallas, TX 75209-2803
[Tel.] (214) 228-8792
[Fax] (214) 352-0662
**DEFENDANT PRO SE**

_____
Steve Aubrey

# Exhibit A

 Gmail                    Vodicka & Aubrey <defamationperse@gmail.com>

## Waiver of Summons
1 message

**B Vodicka** <defamationperse@gmail.com>                         Fri, Jun 8, 2018 at 7:01 PM
To: "Anastasiadis, Demetri" <Demetri.Anastasiadis@oag.texas.gov>, Bonnie Rivera <brivera@dallascourts.org>

Please see attached.

Steve Aubrey and Brian Vodicka

### 3 attachments

**June 8 Letter - Moye.pdf**
52K

**Waiver.pdf**
138K

**ORIGINAL COMPLAINT.pdf**
4173K

# Exhibit B

June 8, 2018

Eric Vaughn Moye
1645 Nob Hill
Dallas, Texas 75208

    Re:    Civil Case No: 18-CV-61117-BLOOM-VALLE

Dear Mr. Moye:

    A lawsuit has been filed against you, or the entity you represent, in the United States District Court Southern District of Florida, under the number shown above. A copy of the complaint is attached.

    This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are attached and a stamped, self-addressed envelope is being sent to you via first-class mail for returning one copy of the waiver (should you prefer to return a hard copy). You may keep the other copy.

    If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

    If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

    Please read the enclosed statement about the duty to avoid unnecessary expenses. I certify that this request is being sent to you on the date below.

Date: June 8, 2018

    **/s/ Steven B. Aubrey**
    Steven B. Aubrey

    **/s/ Brian E. Vodicka**
    Brian E. Vodicka
    2601 NW 3rd Ave.
    Wilton Manors, FL 33311
    DefamationPerSe@gmail.com
    Telephone: (954) 716-9375

# Exhibit C

 **Gmail**  Vodicka & Aubrey <defamationperse@gmail.com>

### Re: No: 18-CV-61117-BLOOM-VALLE
1 message

**Vodicka & Aubrey** <defamationperse@gmail.com>         Thu, Jun 21, 2018 at 8:43 PM
To: "Anastasiadis, Demetri" <Demetri.Anastasiadis@oag.texas.gov>, Demetri Anastasiadis <Demetri.Anastasiadis@texasattorneygeneral.gov>, Bonnie Rivera <brivera@dallascourts.org>

Dear Mr. Moye:

When the waiver was sent to you on June 8, 2018, we inadvertently did not put a restriction for the date of return. The letter and waiver have been modified and indicate return within 30 days of the original June 8, 2018 delivery date, should you decided to exercise your option to waive formal service.

Sincerely,

Steve Aubrey and Brian Vodicka

**2 attachments**

📄 **June 8 letter - Moye.pdf**
54K

📄 **Waiver.pdf**
137K

# Exhibit D

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

Paying your bills should be fast and easy! With Western Union Pa you can pay thousands of billers, including utility, credit card and auto companies. To learn more, visit billpay.wu.com today.

AGT 325187  LOC 000114  DT 071618  $80.00  80DOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 17796363337 \*



```
            FORT LAUDERDALE
      1900 W OAKLAND PARK BLVD STE 100
              OAKLAND PARK
                  FL
               33310-9998
               1130480246
   07/16/2018      (800)275-8777   12:42 PM

   Product              Sale       Final
   Description          Qty        Price

   CshnMlr10.5"x1        2         $3.78
   6"
       (Unit Price:$1.89)
   PM 2-Day              1         $10.65
       (Domestic)
       (DALLAS, TX   75229)
       (Weight:1 Lb 12.60 Oz)
       (Expected Delivery Date)
       (Wednesday 07/18/2018)
       (USPS Tracking #)
       (9505 5147 0628 8197 1745 71)
   Insurance             1         $0.00
       (Up to $50.00 included)
   PM 2-Day              1         $10.65
       (Domestic)
       (DALLAS, TX   75203)
       (Weight:1 Lb 13.20 Oz)
       (Expected Delivery Date)
       (Wednesday 07/18/2018)
       (USPS Tracking #)
       (9505 5147 0628 8197 1745 88)
   Insurance             1         $0.00
       (Up to $50.00 included)

   Total                           $25.08

   Cash                            $25.08

   Includes up to $50 insurance

   Text your tracking number to 28777
   (2USPS) to get the latest status.
   Standard Message and Data rates may
   apply. You may also visit www.usps.com
   USPS Tracking or call 1-800-222-1811.

   In a hurry? Self-service kiosks offer
```