UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-CV-61117-BLOOM-VALLE

STEVEN BENTON AUBREY and
BRIAN EDWARD VODICKA,

        Plaintiffs,

v.

D MAGAZINE PARTNERS, L.P. *et al.,*

        Defendants.

_____/

**CITY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' FIRST AMENDED MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE**

        Defendants City of Dallas ("City"),[1] Scott Sayers, and Robert Ermatinger (collectively, the "City Defendants"), hereby respond in opposition to Plaintiffs' First Amended Motion for Leave to File Supplemental Response to the City Defendants' Motion to Dismiss Based on 13 New Contacts with Forum State ("Motion") (ECF No. 104).

        The Court should exercise its discretion and deny the proposed supplemental response, because it fails to add any arguments or information relevant to the issues raised in the City Defendants' Motion to Dismiss. *See Jackson v. Corr. Corp. of Am.*, 606 F. App'x 945, 950 (11th Cir. 2015) (the decision whether to grant a motion for leave to file a supplemental response is reviewed for an abuse of discretion).

        The express purpose of the proposed supplemental response is to include thirteen new

---

[1] As Plaintiffs concede (ECF No. 83, at p. 8), the Dallas Police Department is not an independent entity subject to suit. The "City" includes the City of Dallas and the Dallas Police Department.

contacts with Florida, in furtherance of Plaintiffs' jurisdictional arguments. But the problem for Plaintiffs is that, by their own arguments, and as the attachments to the proposed supplemental response reflect, the thirteen new "contacts" are all subpoenas sent by Defendant Schoettmer (and a petition filed by Michael Tobolowsky)—*not* one of the City Defendants—in apparent collection or investigatory efforts arising out of Texas litigation. These "contacts" do not advance Plaintiffs' attempt to establish jurisdiction over the City Defendants.

Plaintiffs attempt to tie these allegations to the City Defendants by arguing the City Defendants gave Schoettmer Plaintiffs' private information without which Schoettmer would not have been able to serve the subpoenas. But even if that were so, it would not change the jurisdictional picture at all. By Plaintiffs' own allegations, the City Defendants' taking of Plaintiffs' information occurred in Texas, and Plaintiffs do not allege any of the City Defendants are the ones who sent subpoenas into Florida.

The same can be said of the arguments in the proposed supplemental response that Defendant Schoettmer (or Michael Tobolowsky) allegedly harassed Plaintiffs' friend Dr. Krot and allegedly impersonated Plaintiff Aubrey. These assertions simply do not allege contacts by the City Defendants with Florida.

Thus, on its face, the proposed supplemental response would not contribute anything to the jurisdictional issues raised in the City Defendants' Motion to Dismiss. There remains a complete absence of factual allegations that the City Defendants have made any contacts with Florida, much less contacts "purposefully directed" at Florida, as could justify personal jurisdiction over them. *Burger King Corp. v. Rudzewicz,* 471 U.S. 462, 472 (1985) (setting forth the due process

requirements for a court to exercise personal jurisdiction over non-resident defendants).

Therefore, Plaintiffs' First Amended Motion for Leave to File Supplemental Response to the City Defendants' Motion to Dismiss Based on 13 New Contacts with Forum State (ECF No. 104) should be denied. If leave is granted, however, the City Defendants respectfully request leave to file a reply to the supplemental response.

        Respectfully submitted,

        WEISS SEROTA HELFMAN
        COLE & BIERMAN, P.L.
        *Attorneys for the City*
        2525 Ponce de Leon Blvd., Suite 700
        Coral Gables, Florida 33134
        Telephone:   (305) 854-0800
        Facsimile:    (305) 854-2323

        By:   /s/ Joseph H. Serota

        JOSEPH H. SEROTA
        Florida Bar No. 259111
        Primary: jserota@wsh-law.com
        Secondary: lmartinez@wsh-law.com

        ERIC P. HOCKMAN
        Florida Bar No. 064879
        Primary: ehockman@wsh-law.com
        Secondary: szavala@wsh-law.com

        RICHARD B. ROSENGARTEN
        Florida Bar No. 0106169
        Primary: rrosengarten@wsh-law.com
        Secondary: szavala@wsh-law.com

## Certificate of Service

I certify that on October 29, 2018, this document was electronically filed with the Clerk of Court using CM/ECF, and is also being served by U.S. Mail (or via CM/ECF if they have obtained authorization) upon all pro se plaintiffs and defendants identified on the below service list.

By: */s/ Joseph H. Serota*

## Service List

| | |
|---|---|
| **Steven B. Aubrey**<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>(512) 666-8004<br>defamationperse@gmail.com<br>*Plaintiff Pro Se* | **Brian E. Vodicka**<br>2601 NW 3rd Ave<br>Wilton Manors, FL 33311<br>(954) 716-9375<br>defamationperse@gmail.com<br>*Plaintiff Pro Se* |
| **Stephen Charles Schoettmer, Esq.**<br>4305 W. Lovers Lane<br>Dallas, TX 75209<br>(214) 228-8792<br>Steve.schoettmer1@gmail.com<br>*Defendant*<br><br>**Peter L. Harlan, Assistant District Attorney**<br>133 N. Riverfront Blvd. 1319<br>Dallas, Texas 75207<br>(512) 653-3690<br>*Attorney for Defendants Melinda C. Urbina, Dallas County Sheriff Department and Dallas County, Texas* | **Demetri Anastasiadis**<br>Assistant Attorney General of Texas<br>Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 463-2080<br><br>**Tiernan Cole, Esq.**<br>Assistant Attorney General<br>Office of Attorney General of Florida<br>110 SE 6th Street, FL 10<br>Fort Lauderdale, FL 33301<br>(954) 712-4600<br>Tiernan.cole@myfloridalegal.com<br>Gwendolyn.hinton@myfloridalegal.com;<br>Martine.legagneur@myfloridalegal.com<br>*Attorney for Defendant Judge Eric Vaughn Moye* |

*Continued next page*

| | |
|---|---|
| **Dana J. McElroy, Esq.**<br>Thomas & Locicero PL<br>915 Middle River Drive, Suite 309<br>Fort Lauderdale, FL 33304<br>(954) 703-3416<br>dmcelroy@tlolawfirm.com<br><br>**Jason P. Bloom, Esq.**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>(214) 651-5000<br><br>*Attorneys For D Magazine Partners, L.P. D/B/A D Magazine; Magazine Limited Partners, L.P.; Allison Media, Inc.; and Jamie L. Thompson* | |